BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF CALIFORNIA, ex rel. ARIA KOZAK and DONNA KOZAK,<br><br>  Plaintiffs,<br><br>  v.<br><br>CHABAD-LUBAVITCH INC.; CHABAD OF CALIFORNIA, CHABAD RUNNING SPRINGS RESIDENTIAL CAMP, CHABAD CHEDER MENACHEM, YESHIVA OHR ELCHONON CHABAD, BAIS CHANA HIGH SCHOOL, CHABAD OF THE MARINA, CHABAD OF MALIBU, CHABAD OF BEVERLYWOOD, and DOES 1 through 10,<br><br>  Defendants. | Case no: 2:10-cv-1056 MCE-EFB<br><br>**ORDER ON UNITED STATES' NOTICE OF ELECTION TO INTERVENE** |

The United States, having intervened in this action pursuant to 31 U.S.C. § 3730(b)(4) as to all claims and allegations of the complaint predicated on violation of the federal False Claim Act, *see* Complaint, paras. 1-5, 7-69, the Court rules as follows:

IT IS ORDERED THAT:

1. The complaint be unsealed and served upon the defendants by the United States;

    2.    All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and the United States' Notice of Election to Intervene which will be served upon the defendants after service of the complaint;

    3.    The seal be lifted as to all matters occurring in this action after the date of this Order; and

    4.    The defendants respond to the complaint within 20 days after being served.

    IT IS SO ORDERED.

Dated: October 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE