BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California  93721
(559) 497-4080 (telephone)
(559) 497-4099 (facsimile)

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* ARIA KOZAK and DONNA KOZAK,<br><br>                              Plaintiff,<br><br>v.<br><br>CHABAD-LUBAVITCH INC.; CHABAD OF CALIFORNIA; CHABAD RUNNING SPRINGS RESIDENTIAL CAMP; CHABAD CHEDER MENACHEM; YESHIVA OHR ELCHONON CHABAD; BAIS CHANA HIGH SCHOOL; CHABAD OF THE MARINA; CHABAD OF MALIBU; CHABAD OF BEVERLYWOOD; and DOES 1 through 10,<br><br>                              Defendants. | CASE NO. 2:10-cv-01056-MCE-EFB<br><br>**STIPULATION OF DISMISSAL; ORDER** |

## STIPULATION RECITALS

1.      On or about April 30, 2010, ARIA KOZAK and DONNA KOZAK ("the Relators")

initiate this action on behalf of the United States of America and the State of California by filing a *qui*

*tam* complaint, under seal.  In the complaint, the Relators alleged (i) causes of action on behalf of the

United States based on violations of the federal False Claims Act ("the Federal Claims"); (ii) causes of

1   action asserted on behalf of the State of California based on violations of the California False Claims Act

2   ("the State Claims"); and (iii) causes of action in their individual capacities for breach of contract and

3   unjust enrichment ("the Individual Claims").

4        2.     On or about December 1, 2011, the State of California, acting by and through the Office of

5   the Attorney General of California, filed notice of its election to decline intervention in this action

6   pursuant to California Government Code section 12652(c)(6)(B).  By its notice, the State of California

7   reserved its right to consent to any dismissal of the State of California Claims.

8        3.     On October 9, 2012, the United States, acting by and through the United States Attorney's

9   Office, filed notice of its election to intervene in this action pursuant to 31 U.S.C. section 3730(b)(2) and

10  (b)(4) for the limited purpose of pursuing the Federal Claims and claims under common law and equity.

11       4.     The United States is prepared to file and serve a First Amended Complaint that pleads the

12  Federal Claims and the claims based on common law and equity and omits the State Claims and the

13  Individual Claims.

14       5.     Formal service of the complaint, filed April 30, 2010, has not been made on the

15  defendants, and the defendants have not yet formally appeared in this action.

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Stipulation of Dismissal; Order

## STIPULATION

IT IS HEREBY STIPULATED by and between the UNITED STATES, the STATE OF CALIFORNIA and the RELATORS, acting by and through their counsel of record, that the following causes of action of the complaint, filed April 30, 2010, shall be dismissed without prejudice as to all defendants: (i) Count IV, California False Claims Act (Government Code § 12651(a)(1) and (a)(2)) (Complaint, 17:24-18:24); (ii) Count V, California False Claims Act (Government Code § 12651(a)(3)) (Complaint, 18:25-19:28); (iii) Count VI, California False Claims Act (Government Code § 12651(a)(7)) (Complaint, 20:1-21:1); (iv) Count VII, Breach of Contract (Complaint, 21:2-16); and (v) Count VIII, Unjust Enrichment (Complaint, 21:17-22:2).

Respectfully submitted,

Dated:  November 29, 2012

BENJAMIN B. WAGNER
United States Attorney

By: /s/   *Glen F. Dorgan*
      Glen F. Dorgan
      Assistant U.S. Attorney

Dated:  November 29, 2012

KAMALA D. HARRIS
Attorney General of California
(As authorized on 11-29-12)

By: /s/   *Jacqueline Dale*
      Jacqueline Dale
      Deputy Attorney General

Dated:  November 29, 2012

HIRST LAW GROUP, PC
(As authorized on 11-29-12)

By: /s/   *Michael A. Hirst*
      Michael A. Hirst
      Attorneys for the Relators

## ORDER

IT IS SO ORDERED.
Dated:  December 20, 2012

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT