# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ARIA KOZAK, ET AL.,

V.

SUMMONS IN A CIVIL CASE

CHABAD-LUBAVITCH INC., ET AL.,

CASE NO: 2:10-CV-01056-MCE-EFB

TO: **Bais Chana High School, Chabad Cheder Menachem, Chabad Running Springs Residential Camp, Chabad of Beverlywood, Chabad of California, Chabad of Malibu, Chabad of the Marina, Chabad-Lubavitch Inc., Yeshiva Ohr Elchonon Chabad**
Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

Glen Frederick Dorgan
United States Attorney's Office
2500 Tulare Street, Suite 4401
Fresno, CA 93721

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

VICTORIA C. MINOR
_____
CLERK

/s/ K. Zignago
_____



(By) DEPUTY CLERK

ISSUED ON 2012−10−18 11:28:35.0, Clerk
USDC EDCA

## RETURN OF SERVICE

| | DATE | |
|---|---|---|
| Service of the Summons and complaint was made by me [1] | 02/05/2013 | |
| NAME OF SERVER (PRINT) Stephen Knight | TITLE Licensed Private Investigator & Process Server | |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 7215 Waring Ave., Los Angeles, CA 90046

[ ] Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

[X] Name of person with whom the summons and complaint were left: Ezra B. Schochet, Registered Agent for Service

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Feb. 9, 2013
                    Date

Signature of Server

POB 661959, Los Angeles, CA 90066
*Address of Server*