BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California  93721
(559) 497-4080 (telephone)
(559) 497-4099 (facsimile)

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ARIA KOZAK and DONNA KOZAK,<br><br>                    Plaintiff,<br><br>v.<br><br>CHABAD-LUBAVITCH INC.; CHABAD OF CALIFORNIA; CHABAD RUNNING SPRINGS RESIDENTIAL CAMP; CHABAD CHEDER MENACHEM; YESHIVA OHR ELCHONON CHABAD; BAIS CHANA HIGH SCHOOL; CHABAD OF THE MARINA; and BAIS CHAYA MUSHKA,<br><br>                    Defendants. | CASE NO. 2:10-cv-01056-MCE-EFB<br><br>**STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE; [PROPOSED] ORDER** |

### **STIPULATION RECITALS**

1. On September 3, 2013, the Court issued a Pretrial Scheduling Order that directed the parties to participate in a Settlement Conference on October 15, 2013, before the Honorable Carolyn K. Delaney.

2. After the Pretrial Scheduling Order was issued, and in order to prepare for good faith participation in the Settlement Conference, the United States scheduled three depositions to be completed

in Los Angeles during the week of October 7, 2013. However, the depositions could not be completed because the intervening government shutdown now prohibits Glen Dorgan, the Assistant United States Attorney assigned to this matter, from traveling to Los Angeles for the depositions. If the shutdown continues through October 15, 2013, Mr. Dorgan will further be prohibited from traveling to Sacramento to participate in the Settlement Conference.

3. To ensure that the necessary discovery is completed and that all parties are available to participate at the Settlement Conference, the parties have agreed to continue the Settlement Conference to a mutually available date.

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties, acting by and through their counsel of record, that the Settlement Conference be continued to November 18, 2013, at 9:30 a.m., in Courtroom 24 of the District Court for the Eastern District of California, 501 I Street, Sacramento, California.

Respectfully submitted,

Dated: October 8, 2013

BENJAMIN B. WAGNER
United States Attorney

By: /s/   *Glen F. Dorgan*
    Glen F. Dorgan
    Assistant U.S. Attorney

Dated: October 8, 2013

HIRST LAW GROUP, PC

By: /s/   *Michael A. Hirst*
    Michael A. Hirst
    Attorneys for the Relators

Dated: October 8, 2013

LAW OFFICE OF JEFFREY G. JACOBS

By: /s/   *Jeffrey G. Jacobs*
    Jeffrey G. Jacobs
    Attorneys for the Defendant Chabad of California

Stipulation; Order

2

| | |
|---|---|
| Dated:  October 8, 2013 | DONALD L. SALTZMAN, PLC |
| | |
| | By: /s/   *Donald L. Saltzman* |
| | Donald L. Saltzman |
| | Attorneys for Defendant Yeshiva Ohr Elchonon Chabad |
| | |
| Dated:  October 8, 2013 | LAW OFFICES OF ANDREW J. STERN |
| | |
| | By: /s/   *Andrew J. Stern* |
| | Andrew J. Stern |
| | Attorneys for Defendants Chabad of the Marina and Bais Chaya Mushka |

### ORDER

IT IS HEREBY ORDERED that the Settlement Conference is continued to November 18, 2013, at 9:30 a.m., in Courtroom 24 of the District Court for the Eastern District of California, 501 I Street, Sacramento, California.

Dated:  October 10, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation; Order

3