BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California  93721
(559) 497-4080 (telephone)
(559) 497-4099 (facsimile)

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ARIA KOZAK and DONNA KOZAK,<br><br>              Plaintiff,<br><br>v.<br><br>CHABAD-LUBAVITCH INC.; CHABAD OF CALIFORNIA; CHABAD RUNNING SPRINGS RESIDENTIAL CAMP; CHABAD CHEDER MENACHEM; YESHIVA OHR ELCHONON CHABAD; BAIS CHANA HIGH SCHOOL; CHABAD OF THE MARINA; and BAIS CHAYA MUSHKA,<br><br>              Defendants. | CASE NO. 2:10-cv-01056-MCE-EFB<br><br>**STIPULATION TO VACATE SETTLEMENT CONFERENCE; [PROPOSED] ORDER** |

## STIPULATION RECITALS

1.     On September 3, 2013, the Court issued a Pretrial Scheduling Order that directed the parties to participate in a Settlement Conference on October 15, 2013, before the Honorable Carolyn K. Delaney.

2.     By Order dated October 10, 2013, and pursuant to the parties' stipulation, the Court continued the Settlement Conference to November 18, 2013.

Stipulation; Order

3. The United States has served written discovery on Defendant Chabad of California and scheduled depositions of defense witnesses to be completed during the week of November 11, 2013. Defendant Chabad of California did not respond to the written discovery, and the United States filed a motion to compel. On November 5, 2013, the Court granted the United States' motion to compel the written discovery as well as initial disclosures. Additionally, at the request of counsel for Defendant Chabad of California, depositions set for the week of November 11, 2013, are being continued.

4. To ensure that the necessary discovery is produced and depositions are completed before the Settlement Conference, the parties have agreed to continue the Settlement Conference.

5. Upon completion of discovery, the parties have agreed to notify the Court and request a date for the Settlement Conference.

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties, acting by and through their counsel of record, that the Settlement Conference currently set for November 18, 2013, be vacated and rescheduled upon joint request by the parties to the Court following the completion of discovery.

Respectfully submitted,

Dated:  November 12, 2013

BENJAMIN B. WAGNER
United States Attorney

By: /s/   Glen F. Dorgan
         Glen F. Dorgan
         Assistant U.S. Attorney

Dated:  November 12, 2013

HIRST LAW GROUP, PC

By: /s/   Michael A. Hirst
         Michael A. Hirst
         Attorneys for the Relators

Dated:  November 12, 2013

LAW OFFICE OF JEFFREY G. JACOBS

By: /s/   Jeffrey G. Jacobs
         Jeffrey G. Jacobs
         Attorneys for the Defendant Chabad of
         California

Dated: November 12, 2013                     DONALD L. SALTZMAN, PLC

                                             By: /s/   *Donald L. Saltzman*
                                                  Donald L. Saltzman
                                                  Attorneys for Defendant Yeshiva Ohr
                                                  Elchonon Chabad

Dated: November 12, 2013                     LAW OFFICES OF ANDREW J. STERN

                                             By: /s/   *Andrew J. Stern*
                                                  Andrew J. Stern
                                                  Attorneys for Defendants Chabad of the
                                                  Marina and Bais Chaya Mushka

## ORDER

IT IS HEREBY ORDERED that the Settlement Conference scheduled for November 18, 2013, is vacated. The parties shall submit a joint request for a new Settlement Conference date following the completion of discovery.

Dated: November 14, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation; Order

3