# UNITED STATES DISTRICT COURT

__EASTERN__ **District of** __CALIFORNIA__

| | |
|---|---|
| U.S. ex rel. Aria Kozak and Donna Kozak,<br>Plaintiff (s),<br>V.<br>Chabad-Lubavitch, Inc., et al.<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>**CASE NUMBER:** 2:10-cv-1056-MCE-EFB |

Notice is hereby given that, subject to approval by the court, __Chabad of California__ substitutes
(Party (s) Name)

__Mark M. Hathaway__ , State Bar No. __151332__ as counsel of record in place
(Name of New Attorney)

place of __Jeffrey G. Jacobs__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: Law Offices of Mark J. Werksman
- Address: 888 West Sixth Street, Fourth Floor
- Telephone: (213) 688-0460    Facsimile (213) 624-1942
- E-Mail (Optional): mhathaway@werksmanlaw.com

I consent to the above substitution.

Date: _____    _____
BORUCH S. CUNIN, for Chabad of California
(Signature of Party (s))

I consent to being substituted.

Date: _____    _____
JEFFREY G. JACOBS
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____    _____
MARK M. HATHAWAY
(Signature of New Attorney)

**ORDER**

The substitution of attorney is hereby approved and so ORDERED.  Accordingly, the Motion to Withdraw as Counsel, ECF No. 66, is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:  January 29, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT