BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California  93721
(559) 497-4080 (telephone)
(559) 497-4099 (facsimile)

Attorneys for the Plaintiff UNITED STATES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ARIA KOZAK and DONNA KOZAK,<br><br>Plaintiff,<br><br>v.<br><br>CHABAD-LUBAVITCH INC.; CHABAD OF CALIFORNIA; CHABAD RUNNING SPRINGS RESIDENTIAL CAMP; CHABAD CHEDER MENACHEM; YESHIVA OHR ELCHONON CHABAD; BAIS CHANA HIGH SCHOOL; CHABAD OF MARINA; and BAIS CHAYA MUSHKA,<br><br>Defendants. | CASE NO. 2:10-cv-01056-MCE-EFB<br><br>**REQUEST TO EITHER:**<br><br>**1.  AUTHORIZE MULTIPLE BRIEFS IN SUPPORT OF THE UNITED STATES' MOTIONS FOR SUMMARY JUDGMENT; OR**<br><br>**2.  EXTEND THE PAGE LIMITATION FOR THE UNITED STATES' BRIEF IN SUPPORT OF SUMMARY JUDGMENT**<br><br>Courtroom:  7<br>Judge:  Hon. Morrison C. England, Jr.<br>Trial:  January 5, 2015 |

On June 26, 2014, the United States will file a Motion for Summary Judgment seeking an adjudication of claims against multiple defendants.  Per the Court's Pretrial Scheduling Order (Doc # 55), the Court has placed a page limit for points and authorities of twenty (20) pages on all initial moving papers.  The United States requests that the Court permit the United States to either (1) file a separate memorandum of points and authorities for each defendant against whom the United States seeks summary judgment, with each brief subject to the 20-page limitation; or (2) file one brief applicable to all defendants with a 30-page limitation.  Good cause exists for the request based on the following:

Request to File Multiple Briefs or Extend Page
Limitation for Motion for Summary Judgment

1

1.      Either multiple briefs or an extension of the page limit will be necessary to enable the United States to separately, thoroughly and clearly address each defendant's liability under the False Claims Act, 31 U.S.C. § 3729.  The United States anticipates that several pages of its points and authorities will necessarily be devoted to explaining, among other things: (1) the defendants' regulatory obligations under a grant program that forms the basis of the case; (2) the timing of each grant drawdown and the nature of defendants' certifications, (3) the receipt and subsequent mismanagement of the funds, and (4) the conduct of the parties in responding to information requests from the grant administrators.  The United States anticipates that it will require multiple briefs or one brief with pages beyond the briefing limit to distinguish the defendants' separate conduct and to clearly and plainly summarize this information  in its Memorandum of Points and Authorities.  The United States would prefer to file multiple briefs, because a separate Statement of Undisputed Facts will be required for each defendant.

2.      Either multiple briefs or an extension of the page limit will also be necessary to enable the United States to thoroughly address its legal arguments.  The United States' claims include a cause of action for the submission of false claims in violation of 31 U.S.C. § 3729(a)(1)(A)-(B) and an alternative cause of action for knowingly concealing or avoiding an obligation to repay funds to the United States in violation of 31 U.S.C. § 3729(a)(1)(G).  The United States anticipates that it will file multiple briefs or one brief with pages beyond the briefing limit to argue the law and the evidence that shows each element of each claim—as well as the attendant damages—has been established by the undisputed facts for each defendant.  The United States would prefer to file multiple briefs, because some aspects of each defendant's liability are separate and distinct from the liability of other defendants.

3.      Based on the foregoing, the United States respectfully requests leave to file (1) one brief for each defendant, or alternatively (2) one brief for all defendants that is subject to a 30-page limitation.

A Proposed Order accompanies this request.

Date:  June 12, 2014                                          Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By   /s/ Glen F. Dorgan
GLEN F. DORGAN
Assistant United States Attorney

Request to File Multiple Briefs or Extend Page
Limitation for Motion for Summary Judgment

2