UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| U.S. ex rel. ARIA KOZAK AND DONNA KOZAK,<br><br>        Plaintiffs,<br><br>    v.<br><br>CHABAD-LUBAVITCH, INC., et al.,<br><br>        Defendants. | No. 2:10-cv-1056-MCE-EFB<br><br>ORDER |
|---|---|

Pursuant to the court's November 5, 2013 order, ECF No. 60, and having considered the declaration of Glen Dorgan, ECF No. 62, within fourteen days of this order, defendant Chabad of California shall reimburse the United States for the reasonable expenses incurred in making its motion to compel, ECF No. 58, in the total amount of $900.

DATED: June 18, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE