BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California  93721
(559) 497-4080 (telephone)
(559) 497-4099 (facsimile)

Attorneys for the Plaintiff UNITED STATES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ARIA KOZAK and DONNA KOZAK,<br><br>Plaintiff,<br><br>v.<br><br>CHABAD-LUBAVITCH INC.; CHABAD OF CALIFORNIA; CHABAD RUNNING SPRINGS RESIDENTIAL CAMP; CHABAD CHEDER MENACHEM; YESHIVA OHR ELCHONON CHABAD; BAIS CHANA HIGH SCHOOL; CHABAD OF MARINA; and BAIS CHAYA MUSHKA,<br><br>Defendants. | CASE NO. 2:10-cv-01056-MCE-EFB<br><br>**ORDER ON UNITED STATES' REQUEST TO EITHER (1) AUTHORIZE MULTIPLE BRIEFS; OR (2) EXTEND THE PAGE LIMITATION FOR THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT** |

///
///
///
///
///
///
///

1

Upon consideration of the United States' Request to Either (1) Authorize Multiple Briefs in Support of the United States' Motion for Summary Judgment; or (2) Extend the Page Limitation for the United States' Brief in Support of Summary Judgment, and good cause appearing therefor,

IT IS HEREBY ORDERED that the page limitation for the United States' memorandum of points and authorities, to be filed June 26, 2014, in support of its Motion for Summary Judgment, shall be thirty (30) pages.

IT IS SO ORDERED.

Dated: June 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT