**MARK J. WERKSMAN (Cal. Bar No. 120767)**
**MARK M. HATHAWAY (Cal. Bar No. 151332)**
**LAW OFFICES OF MARK J. WERKSMAN**
**888 West Sixth Street, Fourth Floor**
**Los Angeles, California  90017**
**Telephone: (213) 688-0460**
**Facsimile: (213) 624-1942**
**E-mail:     mwerksman@werksmanlaw.com**
**            mhathaway@werksmanlaw.com**

**Attorneys for Defendant Chabad of California**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA and STATE OF CALIFORNIA ex rel. ARIA KOZAK and DONNA KOZAK,<br><br>Plaintiffs,<br><br>vs.<br><br>CHABAD-LUBAVITCH INC.; CHABAD OF CALIFORNIA; CHABAD RUNNING SPRINGS RESIDENTIAL CAMP; CHABAD CHEDER MENACHEM; YESHIVA OHR ELCHONON CHABAD; BAIS CHANA HIGH SCHOOL; CHABAD OF MARINA; AND BAIS CHAYA MUSHKA,<br><br>Defendant | NO. 2:10-cv-01056-MCE-EFB<br><br>STIPULATION FOR ORDER RE FURTHER PLEADINGS AND HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; ORDER |

STIPULATION RECITALS

Per the PreTrial Scheduling Order, the last day to hear dispositive motions was set for September 4, 2014.  On June 26, 2014 Plaintiff filed a Notice of Motion and Motion For Summary Judgment, Or, Alternatively, Partial Summary Judgment, and related pleadings, which motion is set for hearing on August 21, 2014.

/ / /

The defendants' opposition and any cross motion are due to be filed five weeks prior to the August 21, 2014, or no later than July 17, 2014.

The plaintiff's reply and opposition to cross-motion are due to be filed at least three weeks prior to hearing, or no later than July 31, 2014.

During private mediation on July 11, 2014, and in a good faith effort to assist in possible settlement of the entire case, the parties agreed to seek a one week extension of deadlines to file further motion for summary judgment papers; to July 24, 2014 for any opposition papers, and to August 7, 2014 for any reply.

STIPULATION

IT IS HEREBY STIPULATED by and between the parties, acting by and through their counsel of record, that the deadline to file any opposition or cross motion be extended to July 24, 2014 and the deadline for any reply and opposition to cross motions be extended to August 7, 2014.

Respectfully submitted,          BENJAMIN B. WAGNER
                                 United States Attorney


                                 By:   */s/ Glen F. Dorgan*
                                     Glen F. Dorgan
                                     Assistant U.S. Attorney

                                 HIRST LAW GROUP, PC


                                 By:   */s/ Michael A. Hirst*
                                     Michael A. Hirst
                                     Attorneys for the Relators

LAW OFFICES OF MARK J. WERKSMAN

By:   */s/ Mark M. Hathaway*
      Mark J. Werksman
      Mark M. Hathaway
      Attorneys for Defendant
      CHABAD OF CALIFORNIA

DONALD L. SALTZMAN, PLC

By*:*   */s/ Donald L. Saltzman*
      Donald L. Saltzman
      Attorneys for Defendant and Cross-
      Claimant, Yeshiva Ohr Elchonon Chabad

LAW OFFICES OF ANDREW J. STERN

By:   */s/ Andrew J. Stem*
      Andrew J. Stem
      Attorneys for Defendants Chabad of the
      Marina and Bais Chaya Mushka

///
///
///
///
///
///
///
///
///
///

## ORDER

As set forth in the parties' above stipulation, any opposition or cross motions to the pending motion for summary judgment are to be filed no later than July 24, 2014, and any reply and cross motion opposition papers are to be filed no later than August 7, 2014.  No other dates or deadlines in this Court's Pretrial Scheduling Order are altered.  Reply briefing, if any, to a cross-motion remains due at least one week prior to the 8/21/14 hearing.

IT IS SO ORDERED.

Dated:  July 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT