ANDREW J. STERN, SBN 051648
LAW OFFICES OF ANDREW J. STERN
6380 Wilshire Boulevard, Suite 1010
Los Angeles, California 90048

Telephone : 323/782-8040
Facsimile  : 323/782-8050
E-mail     : ajsternlaw@aol.com

Attorneys for Defendant,
CHABAD OF MARINA

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ARIA KOZAK and DONNA KOZAK, <br><br> Plaintiff, <br><br> v. <br><br> CHABAD-LUBAVITCH INC.; CHABAD OF CALIFORNIA; CHABAD RUNNING SPRINGS RESIDENTIAL CAMP; CHABAD CHEDER MENACHEM; YESHIVA OHR ELCHONON CHABAD; BAIS CHANA HIGH SCHOOL; CHABAD OF THE MARINA; and BAIS CHAYA MUSHKA, <br><br> Defendants. | CASE NO. 2:10-cv-01056-MCE-EFB <br><br> **DECLARATION OF RABBI JAN YEFTADONAY AKA DANNY YIFTACH-HASHEM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** <br><br> Date      : August 21, 2014 <br> Time      : 2:00 p.m. <br> Courtroom : 7 <br> Judge     : Hon. Morrison C. England, Jr. <br> Trial     : January 5, 2015 |

I, RABBI JAN YEFTADONAY aka DANNY YIFTACH-HASHEM, declare that:

1.      I am the Executive Director of Defendant Chabad of Marina, also known as Chabad Jewish Community Center of Marina Del Rey ("MARINA").  I am familiar with the facts herein stated of my own personal knowledge and would testify to same under penalty of perjury if called as a witness in this case.

DECLARATION OF RABBI JAN YEFTADONAY IN OPPOSITION
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

2.    At all times herein mentioned, MARINA was operating out of a building located at 2929 Washington Boulevard, Marina Del Rey, California ("Location"), which was owned by Defendant Chabad of California ("CHABAD").

3.    CHABAD had and has the exclusive right to use the name "Chabad" in California, and all entities using the name "Chabad" are under the authority and auspices of CHABAD.  MARINA is one of these entities and was a subsidiary of CHABAD.

4.    In or about later part of 2008, Defendant CHABAD, through its consultant, Dr. David Sternlight ("Dr. Sternlight"), applied for a number of grants from the Nonprofit Security Grant Program ("NSG Program") which were being administered through the Homeland Security Grant Program ("HSG Program") and funded through the State of California, for funds to shore up security at various facilities owned by and operated under the auspices of CHABAD, including for the Location.

5.    On September 5, 2008, MARINA, under the instructions of CHABAD, applied for a grant through the HSG Program for the Location.  On or about October 10, 2008, MARINA was awarded the sum of Seventy Two Thousand Seven Hundred Fifty Dollars ($72,750) ("Grant Amount"), through the State Administrative Agencies, which in California was the California Emergency Management Agency ("Cal EMA").  The funds granted to MARINA were for installation of security cameras and perimeter fencing.

6.    All agreements and obligation on the part of MARINA with respect to the grant from NSG Program were made as an agent of CHABAD, with all proceeds of said grant to be used as CHABAD saw fit.

7.    On or about December 1, 2009, CHABAD received the check, in the grant amount, made payable to Chabad Jewish Community Center from the State of California, authorized by Cal EMA, a true and correct copy of which is attached hereto, marked Exhibit "A" and incorporated herein by reference.

8.    CHABAD sent said check to MARINA to deposit it and on December 17,

2

1   2009,  CHABAD instructed MARINA to pay the sum of $50,000 to CHABAD, which

2   was done by a wire transfer, a true and correct copy of which is attached hereto, marked

3   Exhibit "B" and incorporated herein by reference.

4         9.     MARINA relied on Dr. Sternlight and CHABAD with regard to the

5   application for the NSG Program and CHABAD was the driving force for said grant.

6         10.    Of the funds remaining after payment of the $50,000 to CHABAD, from the

7   Grant Amount, MARINA reimbursed itself the sum of $7,000 which MARINA had paid

8   to Wolf Brothers ("Wolf") on September 9, 2009, for the installation of a security fence

9   at the Location.  A true and correct copy of said payment is attached hereto, marked

10  Exhibit "C" and incorporated herein by reference.

11        11.    On December 15, 2009, MARINA paid Wolf an additional sum of $7,075

12  for installation of the security fence at the Location.  A true and correct copy of said

13  payment is attached hereto, marked Exhibit "D" and incorporated herein by reference.

14        12.    The balance of Grant Amount in the sum of $8,675 was retained by

15  MARINA against previous funds loaned by MARINA to CHABAD in previous

16  transactions.

17        13.    I am informed and believe that the letter sent by Catherine Lewis on behalf

18  of Cal EMA on November 1, 2010, was not sent to MARINA demanding any funds, but

19  rather to CHABAD, at their address on Gayley Avenue, to the attention of Dr. Sternlight,

20  seeking repayment of $612,066 in grant funds.  A true and correct copy of said letter is

21  attached hereto, marked Exhibit "E" and incorporated herein by reference.

22        14.    I am informed and believe that the letter sent by Catherine Lewis on behalf

23  of Cal EMA on May 2, 2011, was not sent to MARINA demanding any funds, but rather

24  to CHABAD, at their address on Gayley Avenue, to the attention of Dr. Sternlight,

25  seeking repayment of $598,118.17 in grant funds.  A true and correct copy of said letter

26  is attached hereto, marked Exhibit "F" and incorporated herein by reference.

27  ///

28

DECLARATION OF RABBI JAN YEFTADONAY IN OPPOSITION
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

15.   Any and all funds being claimed by Plaintiffs as against MARINA are and should be the responsibility of, and recovered from, CHABAD.

DATED:  July 23, 2014

*/s/ Rabbi Jan Yeftadonay*

RABBI JAN YEFTADONAY aka
DANNY YIFTACH-HASHEM

DECLARATION OF RABBI JAN YEFTADONAY IN OPPOSITION
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

# EXHIBIT "A"

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK· VIEW AT AN ANGLE

# STATE OF CALIFORNIA 05-320822

THE TREASURER OF THE STATE WILL PAY OUT OF THE

IDENTIFICATION NO.

| FUND NO. | FUND NAME |
|---|---|
| 0890 | FEDERAL TRUST FUND |

MO DAY YR
0690   12 01 2009

90-1342/1211
05320822

TO: 320822
CHABAD JEWISH COMMUNITY CENTER

VOID 90 DAYS FROM ISSUE
$72,750.00

JOHN CHIANG
CALIFORNIA STATE CONTROLLER

⑈:1211134231: 053208229⑈

---

## REMITTANCE ADVICE

STD. 404 (REV. 4-85)

| | VENDOR-ID | | PAGE: 1 | STATE OF CALIFORNIA |
|---|---|---|---|---|
| | H037590842-00 | | | DOF |

THE ENCLOSED WARRANT IS IN PAYMENT OR THE INVOICES SHOWN BELOW

| DEPARTMENT NAME | ORG. CODE | INVOICE DATE | INVOICE NUMBER | RPT |
|---|---|---|---|---|
| CA EMERGENCY MANAGEMENT AGENCY | 0690 | | | INVOICE AMOUNT |
| | | 11/16/09 | 09NSGP-UASI | |

DEPARTMENT ADDRESS
9650 SCHRIEVER AVENUE
MATHER     CA 95655-4203

| CLAIM SCHED. NO. | |
|---|---|
| C590969 | 72750.00 |

VENDOR:
CHABAD JEWISH COMMUNITY CENTER
ATTN: DAVID STERNLIGHT
741 GAYLEY AVE
LOS ANGELES CA 90024

PYMT INQUIRIES: (916) 845-8340

| FEDERAL TAX ID NO. OR SSAN | RPT TYPE | TAX YR | TOTAL REPORTED TO IRS | TOTAL PAYMENT |
|---|---|---|---|---|
| | | | .00 | 72750.00 |

---

Real time, really easy.
Manage your account your way
at Chase.com.

Get instant access to your account
whenever and wherever you want.
Sign up today at Chase.com/chaseonline.
My Transaction Summary

*******************
Transaction #14                    $275
Account Number Ending in:   $72,750.00
Checking Deposit

Further review may result in delayed
availability of this deposit.
. . . . . . . . . . . . . . . . . .
JPMorgan Chase Bank, N.A.
Pico and Doheny, Branch 741596
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
12/08/2009 15:05

Business Date: 12/08/2009
Session #8

Thank you - Rafat
Cashbox #11




0001

EXHIBIT "B"



Welcome
Announcements

Balance Reporting
Prior Day
Intra-day

Wire Transfers
Wire Entry
Approval
Ack Rejects
Status and Reports
Template Summary

Account Transfers
Entry
Status and Reports

Check Services
Check Inquiries
Stop Payments
Cancel Stops
Photocopies
Status and Reports

Administration
Audit
Change Password
User Profiles

Help

Exit

Wire Template
Maintenance

Image Services

# Intra-day Transaction Detail

Account List | Account Detail | Export | Help

| | |
|---|---|
| **Account:** | 7CC231A77D5F4FA3 - 0000001892794361<br>Keren Mamesh |
| **As of Date:** | 12/17/2009 |
| **Transaction Type:** | Incoming Money Transfer |
| **Currency:** | USD |
| **Amount** | 50,000.00 |
| **Reference One:** | 091217009344 |
| **Reference Two:** | 006352 |

*L/R CHABAD MDR*

## Additional Information

Immediate Funds
Sending Bank: 021000021 JPMORGAN CHASE - Sending Bank Reference: 1265400351ES - Receiving Bank: 121137522 COMERICA SCO VLY - Beneficiary: ACCT-1892794361, CHABAD OF CALIFORNIA, 741 GAYLEY AVE, LOS ANGELES CA 90024 USA - Reference for Beneficiary: BMG OF 09/12/17 - Originator: ACCT-******5275, CHABAD OF MARINA DEL REY JAN, YEFTADONAY,
2929 WASHINGTON BLVD, MARINA DEL REY, CA 902925546 - Amount: $50,000.00 -
Acceptance Timestamp: 12/17/2009 16:39 - OMAD Fields: 20091217L1LF994C00222512171639FT01 - IMAD: 20091217B1QGC04C006352

Back

Top of Page | Help

EXHIBIT "C"

#3 d

CHABAD OF MARINA DEL REY
2929 WASHINGTON BLVD.
MARINA DEL REY, CA 90292
(310)301-9770

3993

WASHINGTON MUTUAL BANK, FA
9080 W. PICO BLVD.
MARINA DEL REY, CA 90292
90-71620/3222

9/9/2009

501081321  09-14-09  7669  03

PAY TO THE
ORDER OF    Wolf Bros.

$ **7,000.00

Seven Thousand and 00/100************************************************

DOLLARS

Wolf Bros.

MEMO

AUTHORIZED SIGNATURE

⑈"003993"⑈ ⑆32226⑆20⑆: 903335275"

⑈"0000700000"⑈

Security Features Included ⑃ Details on Back.

0008

SEP 1 1 2009

EXHIBIT "D"

#3-c

**CHABAD OF MARINA DEL REY**
2929 WASHINGTON BLVD
MARINA DEL REY, CA 90292
310-301-9770

4048

PAY TO THE
ORDER OF_____ Wolf Bros.

$ **7,075.00

Seven Thousand Seventy-Five and 00/100************************************************************************

DOLLARS

Wolf Bros.

WASHINGTON MUTUAL BANK
9090 W PICO BLVD
LOS ANGELES, CA 90035
90-7162/3222

12/15/2009

MEMO

AUTHORIZED SIGNATURE

"OO4O48"  :322271622?:  4033352?5"

"0000707500"

Security Features Included  [ID]   Details on Back.

0005

>321171184<
Citibank N.A.
0000201494077
0410173956 1216200?

Wolf Brothers LLC
DEC 1 5 2009

0006

EXHIBIT "E"

ARNOLD SCHWARZENEGGER
GOVERNOR

MATTHEW R. BETTENHAUSEN
SECRETARY



**Cal E·M·A**

CALIFORNIA EMERGENCY
MANAGEMENT AGENCY

November 1, 2010

Mr. David Sternlight
Special Advisory to the President
Chabad of California
741 Gayley Avenue
Los Angeles, CA 90024

SUBJECT:   COMPLIANCE REVIEW REPORT #F10-502/505
UASI NON-PROFIT SECURITY GRANT PROGRAM
GRANT AWARDS REVIEWED:

| | | |
|---|---|---|
| Chabad of California | 2008-0005 | FIPS #037-90820 |
| Yeshiva Ohr Elchonon Chabad | 2008-0005 | FIPS #037-90838 |
| Chabad of California | 2005-0015 | FIPS #037-90820 |
| Chabad of California | 2007-0023 | FIPS #037-90820 |
| Bais Chana High School | 2008-0005 | FIPS #037-95062 |
| Bais Chaya Mushka School | 2008-0005 | FIPS #037-90839 |
| Chabad National Residential Treatment Center | 2008-0005 | FIPS #037-95063 |
| Chabad of Beverlywood | 2008-0005 | FIPS #037-90837 |
| Cheder Menachem School | 2008-0005 | FIPS #037-95061 |
| Chabad Jewish Community Center of Marina Del Rey | 2008-0005 | FIPS #037-90842 |

Dear Mr. Sternlight:

The California Emergency Management Agency (CalEMA), conducted a compliance field review on April 12, 2010 for the Chabad of California and the Yeshiva Ohr Elchonon Chabad grants. A subsequent desk review was conducted of the remaining grants listed above. The purpose of the reviews was to determine if the organizations for which you serve as Authorized Agent complied with applicable laws, regulations, and grant guidelines.

The grants were reviewed for compliance with the administrative and fiscal requirements as outlined in the Office of Management and Budget (OMB) Circulars and the Code of Federal Regulations (CFR). Our scope included reviewing the reimbursements and all supporting documentation for the entire grant period noted below.

Executive Summary:

Grant Type:        UASI Non-Profit Security Grant Program
Review Type:       Compliance Review
Scope:             Fiscal and Administrative
Review Period:     10/01/07 to 3/31/10

3650 SCHRIEVER AVENUE • MATHER, CA 95655
GRANTS MONITORING DIVISION

1

US001245

David Sternlight
November 1, 2010
Page 2

Findings Summary:

1. Claimed grant expenditures are ineligible for reimbursement due to lack of supporting payment, match and procurement documentation.

Following are the detailed Findings resulting from the Compliance Review. Findings are discoveries that, within the context of a review process, represent operational deficiencies or errors, material program weaknesses or unacceptable program liabilities that could result in questioned grant costs, or collectively characterize a significant risk to program integrity.

## FINDINGS

**Finding #1: Claimed grant expenditures are ineligible for reimbursement due to lack of supporting payment, match, and procurement documentation.**

**Requirement(s):**
2 CFR Part 230, Appendix A, Section A (2) states, *"Factors affecting allowability of costs. To be allowable under an award, costs must meet the following general criteria: a. Be reasonable for the performance of the award and be allocable thereto under these principles...; g. Be adequately documented."*

2 CFR Part 215, Subpart C, Section 215.21 (b) states, *"Recipients' financial management systems shall provide for the following... (7) Accounting records including cost account records that are supported by source documentation."*

2 CFR Part 215, Subpart C, Section 215.23 (a) states, *"All contributions, including cash and third party in-kind, shall be accepted as part of the recipient's cost sharing or matching when such contributions meet all of the following criteria: (1) Are verifiable from the recipient's records."*

2 CFR Part 215, Subpart C, Section 215.45 states, *"Some form of cost or price analysis shall be made and documented in the procurement files in connection with every procurement action. Price analysis may be accomplished in various ways, including the comparison of price quotations submitted, market prices and similar indicia, together with discounts. Cost analysis is the review and evaluation of each element of cost to determine reasonableness, allocability and allowability.*

2 CFR Part 215, Subpart C, Section 215.13 states, *Federal awarding agencies and recipients shall comply with Federal agency regulations implementing E.O.s 12549 and 12689, "Debarment and Suspension." Under those regulations, certain parties who are debarred, suspended or otherwise excluded may not be participants or principals in Federal assistance awards and subawards, and in certain contracts under those awards and subawards."*

**Observation:**
Accounting records were not supported by such source documentation as invoices, cancelled checks, and general ledgers showing an audit trail of expenditures. The match requirements were not fully documented or supported. And in the procurement of contracts, the subgrantee did not keep adequate

David Sternlight
November 1, 2010
Page 3

records showing the method and rationale for the selection of the vendor, or verify vendor eligibility to
participate in procurement transactions under federal awards.

**Required Corrective Action:**
The total amount disbursed under these awards was $647,843.00; of this amount, $612,066.00 is
unsupported and therefore ineligible for reimbursement. An invoice in the amount of $612,066.00 will be
forwarded to you from the CalEMA Accounting Office. Payment in this amount should be remitted to
CalEMA no later than 30 days after receipt of the invoice.

If you desire to challenge any of the Findings included in this report, you must respond with your written
comments and any supporting documentation within 30 days of the date of this letter.

If you have any questions about this letter or the enclosures, please contact Jennifer Kolbe at (916) 845-
8137, or electronically at Jennifer.Kolbe@calema.ca.gov.

Sincerely,

CATHERINE LEWIS
Division Chief

Enclosure

cc:   Yoel Edelson, Chief Financial Officer, Chabad of California
      Rabbi Yaakov Baitelman, Manager, Special Projects, Chabad of California
      Rabbi Boruch Shlomo Cunin, Chabad of California
      Peggy Okabayashi, CalEMA Assistant Secretary
      Brendan Murphy, Director, CalEMA Office of Grants Management
      Renee Mota-Jackson, Section Chief, CalEMA Infrastructure Protection
      Subgrantee File

# EXHIBIT "F"

## Cal E·M·A

CALIFORNIA EMERGENCY
MANAGEMENT AGENCY

May 2, 2011

Mr. David Sternlight
Special Advisory to the President
Chabad of California
741 Gayley Avenue
Los Angeles, CA 90024

SUBJECT:   MANAGEMENT DECISION: CHABAD OF CALIFORNIA CHALLENGE
COMPLIANCE REVIEW REPORT #F10-502/505
UASI NON-PROFIT SECURITY GRANT PROGRAM

Dear Mr. Sternlight:

The California Emergency Management Agency (CalEMA) received documents submitted by
Chaim Aaron Levin on January 3, 2011 in support of the Chabad of California's challenge to the
above compliance review report. The submission consisted of a narrative response and supporting
expenditure tables for each grant (new item), a repeat of previously supplied supporting
documentation, and a copy of a proposed Order and Final Judgment - Statement of Confession of
Judgment related to the Complaint filed by Continental Business Credit, Inc. against Chabad of
California, et al., Case No. BC 431893 (new item).

After review of the submission, CalEMA has determined the following:

1.   It appears that the proposed Order and Final Judgment Chabad provided is not a legally
binding court document: it has not been signed by the judge and/or plaintiff, does not
contain the seal or filing date of the court, and it is only signed by Chabad representatives.
The signatures are not notarized. Within the narrative response further description was
provided related to the project for the grant awarded to the Chabad Jewish Community
Center of Marina del Rey project (Grant Award #2008-0005, FIPS #037-90842). The
project description supplied indicated a portion of the funds were used to install perimeter
glass for security on the second story deck. As this is an allowable cost and payment to the
vendor providing the services was verified, the amount of $9,383.33 ($14,075 less the 25%
match requirement on this amount) was credited to reduce the amount of ineligible
expenditures under this grant.

2.   During the final review of all documentation submitted a mathematical error was
discovered. Chabad of California's check number 1789 payable to Larry Clayton covered
payment under multiple invoices for eligible grant expenditures. The error was made on
the Chabad of California's cash disbursement ledger/invoice/proof of payment cover sheet
in that it did not account for the full amount of the check. This left an unapplied credit

US001217

Mr. David Sternlight
May 2, 2011
Page 2

balance on the check in the amount of $4,564.50, which was also appropriately applied (after deducting the required match) to offset ineligible expenditures.

The offset of items 2 and 3 above bring the unsupported and therefore ineligible for reimbursement amount to $598,118.17. An invoice in this amount will be forwarded to you from the CalEMA Accounting Office. Payment in full must be remitted to CalEMA no later than 30 days after receipt of the invoice.

If you have any questions about this letter, please contact the undersigned at the address shown above.

Sincerely,

CATHERINE LEWIS
DIVISION CHIEF

cc:   Yoel Edelson, Chief Financial Officer, Chabad of California
      Rabbi Yaakov Baitelman, Manager, Special Projects, Chabad of California
      Rabbi Boruch Shlomo Cunin, Chabad of California
      Chaim Aaron Levin, Certified Public Accountant
      Peggy Okabayashi, CalEMA Assistant Secretary
      Brendan Murphy, Director, CalEMA Office of Grants Management
      Renee Mota-Jackson, Section Chief, CalEMA Infrastructure Protection
      Subgrantee File

# PROOF OF SERVICE

I, Andrew J. Stern, declare that I am over the age of eighteen (18) and not a party to this action. My business address is 6380 Wilshire Boulevard, Suite 1010, Los Angeles, CA 90048.

On July 23, 2014, I served the following document(s): **DECLARATION OF RABBI JAN YEFTADONAY AKA DANNY YIFTACH-HASHEM  IN  OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

**See attached Service List**

☒   I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service.  I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business.  I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at, Los Angeles, California.

☐   By Overnight Service: I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

☒   By E-Service: I caused the above document(s) to be electronically served via the Court's CM/ECF system on the recipients designated on the Electronic Mail Notice List.

☐   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this 23nd day of July, 2014 at Los Angeles, CA.


_____*/s/ Andrew J. Stern*_____
ANDREW J. STERN

DECLARATION OF RABBI JAN YEFTADONAY IN OPPOSITION
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

# SERVICE LIST

1

2   <u>Counsel for the United States</u>
    BENJAMIN B. WAGNER

3   United States Attorney
    GLEN F. DORGAN

4   KELLI L. TAYLOR
    Assistant United States Attorney

5   2500 Tulare Street, Suite 4401
    Fresno, CA 93721

6   (559) 497-4080  (Telephone)

7   (559) 497-4099  (Facsimile)
    Glen.dorgan@usdoj.gov

8

9   <u>Counsel for Defendant Chabad of California</u>
    MARK M. HATHAWAY

10  Law Offices of Mark J. Werksman

11  888 West Sixth Street, Fourth Floor
    Los Angeles, CA 90017

12  (213) 688-0460  (Telephone)
    (213) 624-1942  (Facsimile)

13  mhathaway@werksmanlaw.com

14

15  <u>Counsel for Relators Aria and Donna Kozak</u>
    MICHAEL A. HIRST

16  Hirst Law Group

17  200 B Street, Suite A
    Davis, CA 95616

18  (530) 756-7700  (Telephone)
    michael.hirst@hirstlawgroup.com

19

20  <u>Counsel for Defendant Yeshiva Ohr Elchonon Chabad</u>
    DONALD L. SALTZMAN

21  10537 Butterfield Road

22  Los Angeles, CA 90064
    (310) 617-3073  (Telephone)

23  (310) 836-8944  (Facsimile)
    dislawcorp@aol.com

24

25

26

27

28

6

DECLARATION OF RABBI JAN YEFTADONAY IN OPPOSITION
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT