Donald L. Saltzman, State Bar No. 54483
Professional Law Corporation
10537 Butterfield Road
Los Angeles, California 90064
Telephone: (310) 617-3073
Facsimile: (310) 836-8944
dlslawcorp@aol.com

Attorneys for Defendant
YESHIVA OHR
ELCHONON CHABAD

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ARIA KOZAK AND DONNA KOZAK, | Case No. 2:10-cv-01056-MCE-EFB |
| Plaintiff, | |
| vs. | |
| CHABAD-LUBAVITCH INC.; CHABAD OF CALIFORNIA; CHABAD RUNNING SPRINGS RESIDENTIAL CAMP; CHABAD CHEDER MENACHEM; YESHIVA OHR ELCHONON CHABAD; BAIS CHANA HIGH SCHOOL; CHABAD OF MARINA; and BAIS CHAYA MUSHKA, | **DECLARATION OF RABBI MENDEL SPALTER IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | |
| YESHIVA OHR ELCHONON CHABAD, | Date:          August 21, 2014 |
| Cross-Complainant, | Time:          2:00 p.m. |
| vs. | Courtroom:   7 |
| | Judge:        Hon. Morrison C. England, Jr. |
| CHABAD OF CALIFORNIA, | Trial Date:    January 5, 2015 |
| Cross-Defendant. | |

No. 2:10-cv-01056-MCE-EFB

DECLARATION OF RABBI MENDEL SPALTER IN OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT

I, Rabbi Mendel Spalter, declare as follows:

1.       I am the Director of Yeshiva Ohr Elchonon Chabad ("Yeshiva Ohr"). The facts stated herein are known to me of personal knowledge and if called as a witness I could and would testify competently thereto.

2.       At all relevant times, Yeshiva Ohr was and is a legally and physically separate entity from Chabad of California ("Chabad") and any of the other defendants in this case.

3.       I have reviewed the Points and Authorities in Opposition to Motion for Summary Judgment filed concurrently by Yeshiva Ohr. All facts stated therein, on behalf of Yeshiva Ohr, are known to me to be true and correct.

4.       At all times Yeshiva Ohr reasonably relied upon the assurances and representations of Chabad that it had the expertise to apply for and manage the grant in issue. Yeshiva Ohr had no prior experience in such matters.

5.       All documents submitted to the government, ostensibly on behalf of Yeshiva Ohr, were prepared by representatives of Chabad of California without prior or subsequent review by Yeshiva Ohr.

6.       Yeshiva Ohr only authorized Chabad of California to apply for and manage the grant funds in accordance with all applicable legal standards and requirements.

7.       Shortly after Yeshiva Ohr received the grant funds, all of the $72,500 in grant funds were turned over to Chabad for management, with the exception of $750 which we inadvertently retained.

8.       Chabad of California was solely in charge of disbursement of grant funds to vendors.

9.       If a vendor ever complained to us about lack of payment, we would call Chabad and ask them to make payment to the vendors.

10.      At no time did the government give Yeshiva Ohr specific notice of any meetings or notice of any inappropriate activities with respect to the grant funds. Nor did Chabad give us such notice. Accordingly, we attended no meetings with the government and were unaware of

DECLARATION OF RABBI MENDEL SPALTER IN OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT

1 | any issues with the grant funds.

2 | 11.     At no time, prior to filing of the instant Complaint, did Yeshiva Ohr have

3 | knowledge of any of the alleged violations alleged by the plaintiffs with respect to the grant

4 | funds.

5 | 12.     At no time was Yeshiva Ohr requested to review or required to review any of the

6 | government guidelines concerning grant funds, as Chabad of California told us they would fully

7 | take care of the grant application and management process.

8 | 13.     At no time did Chabad of California or any of the other defendants inform Yeshiva

9 | Ohr that there were any problems with application for or administration of the grants.

10 | 14.     At no time did Yeshiva Ohr have personal knowledge of how Chabad was

11 | administering its grant funds.

12 | 15.     At no time did Yeshiva Ohr have personal knowledge that Chabad may not have

13 | been following applicable law, rules or regulations with respect to the Yeshiva Ohr grant funds.

14 | 16.     On information and belief, no witness deposed by the government has proffered

15 | testimony that contradicts anything I have stated in this Declaration.

16 | 17.     Yeshiva Ohr did not knowingly present, or cause to be presented, any false or

17 | fraudulent claim for payment or approval.

18 | 18.     Yeshiva Ohr did not knowingly make a false record or statement material to a false

19 | or fraudulent claim, with respect to the Yeshiva Ohr grant.

20 | 19.     Yeshiva Ohr did not knowingly conceal or avoid an obligation to pay or transmit

21 | money or property to the government.

22 | 20.     Yeshiva Ohr did not act recklessly or in deliberate ignorance of the truth in

23 | allowing Chabad of California to apply for and administer the grant funds.

24 | / / /

25 | / / /

26 | / / /

DECLARATION OF RABBI MENDEL SPALTER IN OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT

///

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 24th day of July, 2014, at Los Angeles, California.

By: _____
      Rabbi Mendel Spalter

-1-                          No. 2:10-cv-01056-MCE-EFB

DECLARATION OF RABBI MENDEL SPALTER IN OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT

3