LAW OFFICES OF MARK J. WERKSMAN
Mark J. Werksman, Esq. (CA SBN 120767)
Mark M. Hathaway, Esq.  (CA SBN 151332;
NY SBN 2431682; DC SBN 437335)
Emmanuelle Subar Esq. (CA SBN 287497)
    888 West Sixth Street, Fourth Floor
    Los Angeles, California  90017
    Telephone: (213) 688-0460
    Facsimile: (213) 624-1942
    E-Mail: mhathaway@werksmanlaw.com

Attorneys for defendant Chabad of California

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ARIA KOZAK and DONNA KOZAK,<br><br>        Plaintiff<br>v.<br><br>CHABAD-LUBAVITCH INC.; CHABAD OF CALIFORNIA; CHABAD RUNNING SPRINGS RESIDENTIAL CAMP; CHABAD CHEDER MENACHEM; YESHIVA OHR ELCHONON CHABAD; BAIS CHANA HIGH SCHOOL; CHABAD OF MARINA; and BAIS CHAYA MUSHKA,<br><br>        Defendants | Case No.  10-CV-01056-MCE-EFB<br><br>DECLARATION OF DAVID STERNLIGHT IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>[Fed. R. Civ. P. 56; Local Rule 260]<br><br>Date: August 21, 2014<br>Time: 2:00 p.m.<br>Courtroom: 7<br>Judge: Hon. Morrison C. England, Jr.<br>Trial: January 5, 2015 |

I, David Sternlight, Phd., declare:

    1.    I am retired economist and the former chief economist of Litton Industries.  I was asked by Rabbi Cunin of Chabad of California to assist with the Homeland Security grants that are the subject of this litigation and I was deposed on November 26, 2013.  I have personal and first-hand knowledge of the facts set forth in this Declaration, unless otherwise stated, and, if called as a witness, I could and would testify competently to those

1

DECLARATION OF DAVID STERNLIGHT

1  facts.

2      2.    During the course of my work for Chabad on the Homeland Security grants I communicated with Ms. Wilda Benamati, a representative of Cal-EMA for the Non-Profit Security Grant Program.  In July 2010, I asked Ms. Benamati, "If we received a cash advance, should that be reported in the "expended" column of the NSGP BSIR Project $ sheet, or should we leave that sum in the "obligated" column until the advance is actually used?"  In reply to my questions, Ms. Benemati wrote, "If you have received the check it has to be reported in expended."  Attached hereto as Exhibit 58 is a true and correct copy of my e-mail exchange with the Cal-EMA representative Wilda Benamati.

    I declare under the penalty of perjury in the State of California and of the United States of America that the foregoing is true and correct.

Date: July 24, 2014                          /s/ Dr. David Sternlight
                                              David Sternlight, Phd.

# Exhibit 58

CalEMA
CalEMA
X
Reply to all
David Sternlight to Yoel
show details Aug 19
Did you ever hear anything from California EMA on the Desk Review of Chabad?

David Sternlight
 Reply
 Forward
Reply to all
Yoel Edelson to David
show details Aug 19
No
----------------------------------------------------------------------

FEMA/Homeland Security BSIR Receipts
CalEMA
X
Reply to all
David Sternlight to Yoel, Boruch, David
show details Jul 26
Attached in PDF format are receipts for the BSIR progress reports required twice yearly for Chabad's Homeland Security grants from California EMA.

1. FY 2005 is not required and was not submitted.

2. FY 2007 for CoC/Running Springs

3. FY 2008 for all grants.

Notes:
Note date stamp in upper right hand corner.
Note "Received by SAA..." (State Administrative Agency) under "Status".
Note various "OK" for self checks showing all the sub-forms (list across the top of each page) passed consistency checks.

All these forms were filled in, stored, and transmitted on the FEMA secure government computer. The financial data reflects checks received and came from Yoel.
The project installation progress data came from Yanky and for MDR was confirmed by Rabbi Danny.
Language in the progress data reflecting vendor dispute, where applicable, was approved by Rabbi Cunin.

As you can see from the tabs across the top, there are many forms for each grant, for each project within a grant. Attached are the summary (receipt) forms only showing that Chabad met the required submission date for this round of forms. Should the detailed forms be needed it will take some time, but they will remain on the FEMA computer for several years and I can access them there at any time.

David Sternlight
----------------------------------------------------------------------

BSIR question
CalEMA

CH000534

David Sternlight to wilda.benamati
show details Jul 26

If we received a cash advance, should that be reported in the "expended" column of the NSGP BSIR Project $ sheet, or should we leave that sum in the "obligated" column until the advance is actually used?

David Sternlight
Chabad of California
 Reply
 Forward
Reply to all
Wilda Benamati to me
show details Jul 26
If you have received the check it has to be reported in expended.

Thanks, Wilda
------------------------------------------------------------------------

Non-Profit Security Grant Program (NSGP) - BSIR Reporting is Due No Later Than July 26 2010
        CalEMA
X
Reply to all
Scott Sano to david, miriam, shauptman, dsmoller, alysez, emoldovan, lschlenoff, Lisa.Hartstock, Renee
show details Jul 21
Greetings:

To FY 2008 and FY 2009 Nonprofit Security Grant Program (NSGP) sub grantees -

This is a reminder that the June/July 2010 Biannual Strategy Implementation Report (BSIR) for the FY08 NSGP is due Monday, July 26th.  You will need to report on your grant activity.

Attached are several help sheets for your review.  Please let me know if you have any program questions.  BSIR/GRT technical questions can be directed to Wilda Benamati at wilda.benamati@calema.ca.gov or Huy Tram at huy.tram@calema.ca.gov.

Thank you for your assistance in meeting this federal reporting requirement.


Scott Sano

California Emergency Management Agency
Homeland Security Grants Division
Infrastructure Protection Grants Unit
Mailing Address:
3650 Schriever Avenue
Mather, California, 95655
Physical Address:
1130 "K" Street
Sacramento, California, 95814
Office (916) 324-6119
Fax (916) 322-9053
New Email Address: scott.sano@calema.ca.gov


------------------------------------------------------------------------
URGENT--Homeland Security BSIR