LAW OFFICES OF MARK J. WERKSMAN
Mark J. Werksman, Esq. (CA SBN 120767)
Mark M. Hathaway, Esq.  (CA SBN 151332;
NY SBN 2431682; DC SBN 437335)
Emmanuelle Subar Esq. (CA SBN 287497)
    888 West Sixth Street, Fourth Floor
    Los Angeles, California  90017
    Telephone: (213) 688-0460
    Facsimile: (213) 624-1942
    E-Mail: mhathaway@werksmanlaw.com

Attorneys for defendant Chabad of California

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ARIA KOZAK and DONNA KOZAK,<br><br>            Plaintiff<br>v.<br><br>CHABAD-LUBAVITCH INC.; CHABAD OF CALIFORNIA; CHABAD RUNNING SPRINGS RESIDENTIAL CAMP; CHABAD CHEDER MENACHEM; YESHIVA OHR ELCHONON CHABAD; BAIS CHANA HIGH SCHOOL; CHABAD OF MARINA; and BAIS CHAYA MUSHKA,<br><br>            Defendants | Case No.  10-CV-01056-MCE-EFB<br><br>DECLARATION OF MARK M. HATHAWAY IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>[Fed. R. Civ. P. 56; Local Rule 260]<br><br>Date: August 21, 2014<br>Time: 2:00 p.m.<br>Courtroom: 7<br>Judge: Hon. Morrison C. England, Jr.<br>Trial: January 5, 2015 |

I, Mark M. Hathaway, declare:

    1.    I am an attorney admitted to practice in all courts in the State of California, the State of New York, and the District of Columbia and am a Certified Specialist in Taxation Law by the California State Bar Board of Legal Specialization.  I am responsible for representation of Chabad of California in this

1  matter.  I have personal and first-hand knowledge of the facts set forth in this
2  Declaration, unless otherwise stated, and, if called as a witness, I could and would
3  testify competently to those facts.

4  　　　2.　　Attached hereto as Exhibit 55 is a letter addressed to Assistant United
5  States Attorney, Glen Dorgan regarding the UASI Non-Profit Security Grant
6  Program and a copy of the checks reflecting the tender of $136,920 to the United
7  States on July 14, 2014.

8  　　　3.　　Attached hereto as Exhibit 56 is a true and correct copy of the OMB
9  Circular A-110 Uniform Administrative Requirements for Grants and Agreements
10 with Institutions of Higher Education, Hospitals, and Other Non-Profit
11 Organizations.

12 　　　4.　　Attached hereto as Exhibit 57 is a true and correct copy of excerpts the
13 transcript of the Deposition of Cary "Chaim" Arnold Levin that took place on
14 February 20, 2014.

15 　　　5.　　Attached hereto as Exhibit 58 is a true and correct copy of email
16 correspondence between Cal EMA representatives and Dr. David Sternlight.

17 　　　6.　　Attached hereto as Exhibit 59 is a true and correct copy of the Answer
18 filed April 20, 2010 by Defendant, Chabad of California, in the case *Continental*
19 *Business Credit, Inc. v. Chabad of California et al*, LASC Case No. BC431893.

20 　　　7.　　Attached hereto as Exhibit 60 is a true nd correct copy of the Verified
21 Answer to Verified Complaint filed May 11, 2010 by Elite Interactive Solutions,
22 Inc. and Aria Kozak in the case *Continental Business Credit, Inc. v. Chabad of*
23 *California et al*, LASC Case No. BC431893.

24 　　　8.　　Attached hereto as Exhibit 61 is a true and correct copy of the Answer
25 to Cross-Complaint filed June 15, 2010 by defendant Chabad of California in the
26 case *Continental Business Credit, Inc. v. Chabad of California et al*, LASC Case
27 No. BC431893.

28 　　　9.　　Attached hereto as Exhibit 62 is a true and correct copy of the Notice

of Settlement of Entire Case filed February 17, 2011 by Plaintiff, *Continental Business Credit, Inc. v. Chabad of California et al*, LASC Case No. BC431893.

10. Attached hereto as Exhibit 63 is a true and correct copy of the case Register of Action for the case *Continental Business Credit, Inc. v. Chabad of California et al*, LASC Case No. BC431893.

11. Attached hereto as Exhibit 64 is a true and correct copy of the Summary of Claims and Funds detailing settlement payments to Elite Interactive Solutions and Continental Business Credit, Inc. and the undisputed deobligated funds due the United States.

12. Attached hereto as Exhibit 65 is a true and correct copy of the initial complaint filed by the Relators on April 30, 2010, under seal, Docket No. 1.

13. Attached hereto as Exhibit 66 is a true and correct copy of an excerpt from the transcript of the Deposition of Rabbi Boruch Shlomo Cunin that took place on February 25, 2014.

I declare under the penalty of perjury in the State of California and of the United States of America that the foregoing is true and correct.

Dated: July 24, 2014

Mark M. Hathaway