# Exhibit 63

# Case Summary

Please make a note of the Case Number.

[Click here to access document images for this case.](#)
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

**Case Number:** BC431893
CONTINENTAL BUSINESS CREDIT INC VS CHABAD OF CALIFORNIA ET A

**Filing Date:** 02/16/2010
**Case Type:** Othr Breach Contr/Warr-not Fraud (General Jurisdiction)
**Status:** Other Judgment 03/09/2011

Future Hearings

None

Documents Filed | Proceeding Information

Parties

ANGELO & MILMAN - Attorney for Deft/Respnt

BRUTZKUS MARK D. ESQ. - Attorney for Plaintiff/Petitioner

CHABAD GAYLEY - Defendant/Respondent's DBA

CHABAD OF CALIFORNIA - Defendant/Respondent

CHABAD RUNNING SPRINGS - Defendant/Respondent's DBA

CONTINENTAL BUSINESS CREDIT INC. - Plaintiff/Petitioner

DANIEL VICTOR J. ESQ. - Attorney for Deft/Respnt

DOES 1 TO 25 - Defendant/Respondent

ELITE INTERACTIVE SOLUTIONS INC. - Defendant/Respondent

KOZAK ARIA - Defendant/Respondent

NEWMAN AARONSON VANAMAN LAW O/O - Attorney for Deft/Respnt

WEST COAST TALMUDICAL SEMINARY - Defendant/Respondent

YESHIVA OHR ELCHONON CHABAD - Defendant/Respondent

Case Information | Party Information | Proceeding Information

Please make a note of the Case Number.

[Click here to access document images for this case.](#)
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

Documents Filed (Filing dates listed in descending order)

**02/17/2011** Notice-Settlement
Filed by Attorney for Pltf/Petnr

**09/14/2010** Notice (OF TERMINATION OF ASSOCIATION OF COUNSEL )
Filed by Attorney for Deft/Respnt

**09/02/2010** Notice of Ruling
Filed by Attorney for Pltf/Petnr

**08/27/2010** Statement-Case Management
Filed by Attorney for Pltf/Petnr

**08/27/2010** Statement-Case Management
Filed by Attorney for Deft/Respnt

**06/24/2010** Association of Attorney
Filed by Attorney for Deft/Respnt

**06/17/2010** Notice of Ruling
Filed by Attorney for Pltf/Petnr

**06/15/2010** Answer to Cross-Complaint
Filed by Attorney for Deft/Respnt

**06/10/2010** Proof of Service
Filed by Attorney for Deft/Respnt

**05/27/2010** Statement-Case Management
Filed by Attorney for Deft/Respnt

**05/20/2010** Statement-Case Management
Filed by Attorney for Plaintiff/Petitioner

**05/20/2010** Statement-Case Management
Filed by Attorney for Deft/Respnt

**05/13/2010** Miscellaneous-Other (AMENDED VERIFICATION )
Filed by Atty for Deft and Cross-Complnt

**05/11/2010** Cross-complaint
Filed by Atty for Deft and Cross-Complnt

**05/11/2010** Answer to Complaint
Filed by Attorney for Deft/Respnt

**04/20/2010** Answer
Filed by Attorney for Deft/Respnt

**03/05/2010** Proof-Service/Summons
Filed by Attorney for Pltf/Petnr

**03/05/2010** Notice-Case Management Conference
Filed by Attorney for Pltf/Petnr

**03/03/2010** Proof-Service/Summons
Filed by Attorney for Pltf/Petnr

**03/01/2010** Proof-Service/Summons
Filed by Attorney for Pltf/Petnr

**02/23/2010** Notice-Case Management Conference
Filed by Clerk

02/16/2010 Complaint

Case Information | Party Information | Documents Filed

Proceedings Held (Proceeding dates listed in descending order)

**03/09/2011** at 09:00 am in Department 53, John P. Shook, Presiding
Jury Trial - **Off Calendar**

**02/01/2011** at 08:30 am in Department 53, John P. Shook, Presiding
Motion Hearing - **Completed**

**08/31/2010** at 08:30 am in Department 53, John P. Shook, Presiding
Trial Setting Conference - **Completed**

**06/15/2010** at 08:30 am in Department 53, John P. Shook, Presiding
Conference-Case Management - **Matter continued**

Case Information | Party Information | Documents Filed | Proceeding Information