# Exhibit 64

## Summary of Claims

| | Chabad of California (Gayley) | Yeshiva Ohr (Waring) | Cheder Menachem | Running Springs | Bais Chaya (Pico) | Chabad Marina | Bais Chana | Totals |
|---|---|---|---|---|---|---|---|---|
| **Funds paid:** | | | | | | | | |
| Intended for Elite Interactive: | $68,140 | $72,750 | $72,750 | $97,000 | $7,420 | $72,750 | $72,750 | $251,966 |
| | $60,000 | $72,750 | $54,966 | $65,675 | | $58,675 | $72,750 | $29,274 |
| Intended for other vendors: | $8,140 | | $17,784 | | $7,420 | | | $281,240 |

### Payments and settlement to Elite Interactive and how they were applied

| | CK# | Amount | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| *Direct payments* | | | | | | | | | | |
| Elite Interactive Solutions, Inc. | 4749 | $2,000 | 06/16/09 | | | $2,000 | | | | |
| Elite Interactive Solutions, Inc. | 4826 | $10,000 | 08/28/09 | | | | $10,000 | | | |
| Elite Interactive Solutions, Inc. | 4850 | $10,000 | 09/09/09 | | | | $10,000 | | | |
| Elite Interactive Solutions, Inc. | 7003 | $10,000 | 09/17/09 | | | | $10,000 | | | |
| Elite Interactive Solutions, Inc. | 7044 | $10,000 | 10/05/09 | | | | $10,000 | | | |
| Elite Interactive Solutions, Inc. | Wire | $20,000 | 10/29/09 | | | | $14,966 | | | |
| Elite Interactive Solutions, Inc. | Wire | $40,000 | 11/23/09 | | $40,000 | | | | | |
| Elite Interactive Solutions, Inc. | Wire | $10,000 | 12/15/09 | | $10,000 | | | | | |
| Settlement with Elite Interactive | | $102,000 | | | $22,000 | | | $21,863 | | |
| Settlement with Continental Business Credit | | $130,137 | | $60,000 | | | | $41,137 | | |
| Thysen Krupp | | $4,070 | | $4,070 | | | | | | |
| Wolf Bros. | | $7,420 | | | | | | | $7,420 | |
| Vahes Custom | | $17,784 | | | | $17,784 | | | | |
| **Total paid Elite Interactive** | | | | $60,000 | $72,000 | $54,966 | $65,000 | $7,420 | $58,675 | $72,750 |
| **Total paid other vendors** | | | | $4,070 | | $17,784 | | | | |
| **Total spent** | | | | $64,070 | $72,000 | $72,750 | $65,000 | $7,420 | $58,675 | $72,750 |
| Funds deobligated per Summary of Claims | | | | $64,070 | $72,750 | $72,750 | $71,506 | $7,420 | $58,675 | $72,750 | $419,921 |
| Funds Chabad agrees are deobligated | | | | $4,070 | $750 | $0 | $675 | $0 | $0 | $0 | $136,920 |

| Date grant expended to contractor (Chabad of California) | 02/27/09 | 12/15/09 | 11/27/09 | |
| Date grant expended by funding obligation assignment | | | | 07/15/09 |

| Details of settlement payments | CK# | Amount | Date |
|---|---|---|---|
| Angelo & White Attorney | Wire | $30,000 | 02/15/11 |
| Elite Interactive Solutions, Inc. | 4699 | $12,000 | 03/14/11 |
| Elite Interactive Solutions, Inc. | 4793 | $12,000 | 04/12/11 |
| Elite Interactive Solutions, Inc. | 4853 | $6,000 | 05/13/11 |
| Elite Interactive Solutions, Inc. | 4919 | $6,000 | 06/14/11 |
| Elite Interactive Solutions, Inc. | 5006 | $6,000 | 07/15/11 |
| Elite Interactive Solutions, Inc. | 5058 | $6,000 | 08/15/11 |
| Elite Interactive Solutions, Inc. | 5134 | $6,000 | 09/14/11 |
| Elite Interactive Solutions, Inc. | 5189 | $6,000 | 10/11/11 |
| Elite Interactive Solutions, Inc. | 5236 | $6,000 | 11/14/11 |
| Elite Interactive Solutions, Inc. | 5313 | $6,000 | 12/14/11 |
|  |  | **$102,000** |  |
| Continental Business Credit, Inc. | 4126 | $30,137 | 10/26/10 |
| Continental Business Credit, Inc. | 4421 | $10,000 | 01/03/11 |
| Continental Business Credit, Inc. | 4532 | $10,000 | 01/31/11 |
| Continental Business Credit, Inc. | 4655 | $10,000 | 02/24/11 |
| Continental Business Credit, Inc. | 4742 | $10,000 | 03/30/11 |
| Continental Business Credit, Inc. | 4827 | $10,000 | 04/28/11 |
| Continental Business Credit, Inc. | 4881 | $10,000 | 05/31/11 |
| Continental Business Credit, Inc. | 4979 | $10,000 | 06/29/11 |
| Continental Business Credit, Inc. | 5042 | $10,000 | 08/01/11 |
| Continental Business Credit, Inc. | 5101 | $10,000 | 09/01/11 |
| Continental Business Credit, Inc. | 1477 | $10,000 | 10/03/11 |
|  |  | **$130,137** |  |

Exhibit 64, Page 2

**WIRE:**   From Account: **4413**   Currency: **US Dollars**

Status:   **Processed** - Confirmation Number is **0460237293**.
Saved as Model

Wire Fees:   **$12.50**

| Beneficiary | Bank |
|---|---|
| **Angelo & White Attorney Client Tru** | Name: **CITY NATIONAL BANK**<br>ABA: **122016066**<br>Address: Los Angeles, CA |

Beneficiary's Account number: **023-799-723**

| | |
|---|---|
| Amount:   **$30,000.00**<br>Date of transfer: **Immediate**<br>Description:   **for coc RE: 1/31 mediation** | Special Instructions:<br>for coc RE: 1/31 mediation<br>Angelo & White<br>Attorney Client Trust Account |



4699

CHABAD HOUSING CORPORATION
741 GAYLEY AVENUE
LOS ANGELES, CA 90024

COMERICA BANK - CALIFORNIA

***Twelve Thousand & 00/100 Dollars

DATE 03/16/11 AMOUNT $12,000.00

PAY TO THE ORDER OF: Elite Interactive Solutions, Inc., 2700 Neilson Way Apt 335, Attn: Aria Kozak, S. Monica, CA 90405

AUTHORIZED SIGNATURE

Check: 4699 Amount: $12,000.00 Date: 03/16/11

4793

CHABAD HOUSING CORPORATION
741 GAYLEY AVENUE
LOS ANGELES, CA 90024

COMERICA BANK - CALIFORNIA

***Twelve Thousand & 00/100 Dollars

DATE 04/13/11 AMOUNT $12,000.00

PAY TO THE ORDER OF: Elite Interactive Solutions, Inc., 2700 Neilson Way Apt 335, Attn: Aria Kozak, S. Monica, CA 90405

AUTHORIZED SIGNATURE

Check: 4793 Amount: $12,000.00 Date: 04/13/11

4853

CHABAD HOUSING CORPORATION
741 GAYLEY AVENUE
LOS ANGELES, CA 90024

COMERICA BANK - CALIFORNIA

***Six Thousand & 00/100 Dollars

DATE 05/17/11 AMOUNT $6,000.00

PAY TO THE ORDER OF: Elite Interactive Solutions, Inc., 2700 Neilson Way Apt 335, Attn: Aria Kozak, S. Monica, CA 90405

AUTHORIZED SIGNATURE

Check: 4853 Amount: $6,000.00 Date: 05/17/11

4919

CHABAD HOUSING CORPORATION
741 GAYLEY AVENUE
LOS ANGELES, CA 90024

COMERICA BANK - CALIFORNIA

***Six Thousand & 00/100 Dollars

DATE 06/15/11 AMOUNT $6,000.00

PAY TO THE ORDER OF: Elite Interactive Solutions, Inc., 2700 Neilson Way Apt 335, Attn: Aria Kozak, S. Monica, CA 90405

AUTHORIZED SIGNATURE

Check: 4919 Amount: $6,000.00 Date: 06/15/11

5006

CHABAD HOUSING CORPORATION
741 GAYLEY AVENUE
LOS ANGELES, CA 90024

COMERICA BANK - CALIFORNIA

***Six Thousand & 00/100 Dollars

DATE 07/15/11 AMOUNT $6,000.00

PAY TO THE ORDER OF: Elite Interactive Solutions, Inc., 2700 Neilson Way Apt 335, Attn: Aria Kozak, S. Monica, CA 90405

AUTHORIZED SIGNATURE

Check: 5006 Amount: $6,000.00 Date: 07/15/11



CHABAD HOUSING CORPORATION
741 GAYLEY AVENUE
LOS ANGELES, CA 90024

5058

**Six Thousand & No/100 Dollars

Date 08/15/11 Amount $6,000.00

Pay to the order of: Elite Interactive Solutions, Inc.
2700 Neilson Way Apt 335
Attn: Aria Kozak
S. Monica, CA 90405

Check: 5058 Amount: $6,000.00 Date: 08/15/11

CHABAD HOUSING CORPORATION
741 GAYLEY AVENUE
LOS ANGELES, CA 90024

5134

**Six Thousand & No/100 Dollars

Date 09/16/11 Amount $6,000.00

Pay to the order of: Elite Interactive Solutions, Inc.
2700 Neilson Way Apt 335
Attn: Aria Kozak
S. Monica, CA 90405

Check: 5134 Amount: $6,000.00 Date: 09/16/11

CHABAD HOUSING CORPORATION
741 GAYLEY AVENUE
LOS ANGELES, CA 90024

5189

**Six Thousand & No/100 Dollars

Date 10/18/11 Amount $6,000.00

Pay to the order of: Elite Interactive Solutions, Inc.
2700 Neilson Way Apt 335
Attn: Aria Kozak
S. Monica, CA 90405

Check: 5189 Amount: $6,000.00 Date: 10/18/11

CHABAD HOUSING CORPORATION
741 GAYLEY AVENUE
LOS ANGELES, CA 90024

5236

**Six Thousand & No/100 Dollars

Date 11/16/11 Amount $6,000.00

Pay to the order of: Elite Interactive Solutions, Inc.
2700 Neilson Way Apt 335
Attn: Aria Kozak
S. Monica, CA 90405

Check: 5236 Amount: $6,000.00 Date: 11/16/11

CHABAD HOUSING CORPORATION
741 GAYLEY AVENUE
LOS ANGELES, CA 90024

5313

**Six Thousand & No/100 Dollars

Date 12/15/11 Amount $6,000.00

Pay to the order of: Elite Interactive Solutions, Inc.
2700 Neilson Way Apt 335
Attn: Aria Kozak
S. Monica, CA 90405

Check: 5313 Amount: $6,000.00 Date: 12/15/11

1744

10,000.00

Check: 1744 Amount: $10,000.00

CHABAD HOUSING CORPORATION
741 GAYLEY AVENUE
LOS ANGELES, CA 90024
(310) 208-7511

COMERICA BANK - CALIFORNIA
Los Angeles Downtown Office

4126

***Thirty Thousand One Hundred Thirty-Seven & No/100 Dollars

DATE 10/26/10 AMOUNT $30,137.00

PAY TO THE ORDER OF
Continental Business Credit, Inc.
Attn: Mark Kaundle, CFO
21031 Ventura Blvd., Suite 909
Woodland Hills, CA 91364

Check: 4126 Amount: $30,137.00 Date: 10/29/10

CHABAD HOUSING CORPORATION
741 GAYLEY AVENUE
LOS ANGELES, CA 90024
(310) 208-7511

COMERICA BANK - CALIFORNIA
Los Angeles Downtown Office

4421

***Ten Thousand & No/100 Dollars

DATE 01/03/11 AMOUNT $10,000.00

PAY TO THE ORDER OF
Continental Business Credit, Inc.
Attn: Mark Kaundle, CFO
21031 Ventura Blvd., Suite 909
Woodland Hills, CA 91364

Check: 4421 Amount: $10,000.00 Date: 01/04/11

CHABAD HOUSING CORPORATION
741 GAYLEY AVENUE
LOS ANGELES, CA 90024
(310) 208-7511

COMERICA BANK - CALIFORNIA
Los Angeles Downtown Office

4532

***Ten Thousand & No/100 Dollars

DATE 02/01/11 AMOUNT $10,000.00

PAY TO THE ORDER OF
Continental Business Credit, Inc.
Attn: Mark Kaundle, CFO
21031 Ventura Blvd., Suite 909
Woodland Hills, CA 91364

Check: 4532 Amount: $10,000.00 Date: 02/02/11

CHABAD HOUSING CORPORATION
741 GAYLEY AVENUE
LOS ANGELES, CA 90024
(310) 208-7511

COMERICA BANK - CALIFORNIA
Los Angeles Downtown Office

4655

***Ten Thousand & No/100 Dollars

DATE 02/24/11 AMOUNT $10,000.00

PAY TO THE ORDER OF
Continental Business Credit, Inc.
Attn: Mark Kaundle, CFO
21031 Ventura Blvd., Suite 909
Woodland Hills, CA 91364

Check: 4655 Amount: $10,000.00 Date: 02/28/11

CHABAD HOUSING CORPORATION
741 GAYLEY AVENUE
LOS ANGELES, CA 90024
(310) 208-7511

COMERICA BANK - CALIFORNIA
Los Angeles Downtown Office

4742

***Ten Thousand & No/100 Dollars

DATE 03/30/11 AMOUNT $10,000.00

PAY TO THE ORDER OF
Continental Business Credit, Inc.
Attn: Mark Kaundle, CFO
21031 Ventura Blvd., Suite 909
Woodland Hills, CA 91364

Check: 4742 Amount: $10,000.00 Date: 04/01/11



CHABAD HOUSING CORPORATION

Check: 4827 Amount: $10,000.00 Date: 05/02/11

CHABAD HOUSING CORPORATION

Check: 4881 Amount: $10,000.00 Date: 06/02/11

CHABAD HOUSING CORPORATION

Check: 4979 Amount: $10,000.00 Date: 07/07/11

CHABAD HOUSING CORPORATION

Check: 5042 Amount: $10,000.00 Date: 08/03/11

CHABAD HOUSING CORPORATION

Check: 5101 Amount: $10,000.00 Date: 09/06/11



CHABAD OF CALIFORNIA
741 GAYLEY AVE
LOS ANGELES, CA 90024
(310) 208-7511

4749

DATE 6/16/09

PAY TO THE ORDER OF ELITE INTERACTIVE $ 2000.xx

TWO THOUSAND DOLLARS

Comerica Bank

FOR

⑈004749⑈ ⑆121137522⑆ 1892793744⑈ ⑈0000200000⑈

7437345191

Check: 4749 Amount: $2,000.00 Date: 06/18/09

CHABAD OF CALIFORNIA
741 GAYLEY AVE
LOS ANGELES, CA 90024
(310) 208-7511

4826

DATE 8/28/09

PAY TO THE ORDER OF ELITE INTERACTIVE SOLUTION $ 10,000

TEN THOUSAND xx DOLLARS

Comerica Bank

⑈004826⑈ ⑆121137522⑆ 1892793744⑈ ⑈0001000000⑈

7430136784

Check: 4826 Amount: $10,000.00 Date: 08/31/09

CHABAD OF CALIFORNIA
741 GAYLEY AVE
LOS ANGELES, CA 90024
(310) 208-7511

4850

DATE 9/9/09

PAY TO THE ORDER OF ELITE INTERACTIVE $ 10,000.xx

TEN THOUSAND xx DOLLARS

Comerica Bank

FOR

⑈004850⑈ ⑆121137522⑆ 189279 ⑈0001000000⑈

7538823373

Elite Interactive 1534570112457

Check: 4850 Amount: $10,000.00 Date: 09/11/09

CHABAD OF CALIFORNIA
741 GAYLEY AVE
LOS ANGELES, CA 90024
(310) 208-7511

7003

DATE 9/18/09

PAY TO THE ORDER OF ELITE INTERACTIVE $ 10,000.xx

TEN THOUSAND xx DOLLARS

Comerica Bank

FOR

⑈007003⑈ ⑆121137522⑆ 1892793744⑈ ⑈0001000000⑈

7530778450

Check: 7003 Amount: $10,000.00 Date: 09/21/09

CHABAD OF CALIFORNIA
741 GAYLEY AVE
LOS ANGELES, CA 90024
(310) 208-7511

7044

DATE 10/5/09

PAY TO THE ORDER OF ELITE INTERACTIVE $ 10,000

TEN THOUSAND DOLLARS

Comerica Bank

FOR LA CIOLECA

⑈007044⑈ ⑆121137522⑆ 1892793744⑈ ⑈0001000000⑈

7435426551

Check: 7044 Amount: $10,000.00 Date: 10/06/09

ACTIVITY DATE: OCTOBER 29, 2009    STATEMENT OF WIRE ACTIVITY    PAGE 1 OF  1

CHABAD OF CALIFORNIA
741 GAYLEY AVENUE
LOS ANGELES, CA 90024-2410

FOR INQUIRIES, PLEASE CALL COMERICA BANK AT 800-643-4421
PRESS OPTION #3 AND REFER TO THE WIRE SEQ NO

ACCOUNT NO: 1892794361

## WIRE ACTIVITY SUMMARY

| DOMESTIC TOTALS: | | INTERNATIONAL TOTALS: | |
|---|---|---|---|
| 1 OUTGOING WIRES FOR | 20,000.00 | 0 OUTGOING WIRES FOR | .00 |
| 0 INCOMING WIRES FOR | .00 | 0 INCOMING WIRES FOR | .00 |

TOTAL WIRES:
  1 OUTGOING WIRES FOR    20,000.00
  0 INCOMING WIRES FOR          .00

| DOMESTIC ADVICES | OUTGOING AMOUNT |
|---|---|

SEQ NO: 091029010325                                          WIRE AMT:    20,000.00         20,000.00
VALUE DATE: 10/29/09    FED REF NO:  002265    FEE AMT:     ANALYZED

SENDING BANK:                 121137522  COMERICA SCO VLY
SENDING BANK REFERENCE:       091029010325
RECEIVING BANK:               122235821  BK COMRCE SD
BENEFICIARY:                  ACCT-153457042957   ELITE INTERACTIVE SOLUTIONS, INC
REFERENCE FOR BENEFICIARY:    30202230
ORIGINATOR:                   ACCT-1892794361   CHABAD OF CALIFORNIA  741 GAYLEY AVENUE
                              LOS ANGELES,CA 900242410
WIRE AMOUNT:                  $20,000.00
IMAD INFO:                    20091029
FEDWIRE TRANSMIT TIMESTAMP    10/29/2009 16:31

TRANSFERS SUBJECT TO TERMS AND CONDITIONS OF "FUNDS TRANSFER AUTHORIZATION AND AGREEMENT"

CP00073 (8-06)

```
ACTIVITY DATE: DECEMBER 15, 2009     STATEMENT OF WIRE ACTIVITY          PAGE 1 OF   1


          CHABAD OF CALIFORNIA
          741 GAYLEY AVENUE
          LOS ANGELES, CA 90024-2410




                                   FOR INQUIRIES, PLEASE CALL COMERICA BANK AT 800-643-4421
                                   PRESS OPTION #3 AND REFER TO THE WIRE SEQ NO
ACCOUNT NO: 1892794361
───────────────────────────────────────────────────────────────────────────────────────────
                              WIRE ACTIVITY SUMMARY
DOMESTIC TOTALS:                              INTERNATIONAL TOTALS:
  1 OUTGOING WIRES FOR      10,000.00           0 OUTGOING WIRES FOR              .00
  0 INCOMING WIRES FOR            .00           0 INCOMING WIRES FOR              .00

                            TOTAL WIRES:
                              1 OUTGOING WIRES FOR      10,000.00
                              0 INCOMING WIRES FOR            .00
───────────────────────────────────────────────────────────────────────────────────────────
                        DOMESTIC ADVICES                                  OUTGOING AMOUNT

SEQ NO: 091215005937                        WIRE AMT:       10,000.00           10,000.00
VALUE DATE: 12/15/09     FED REF NO:  000883 FEE AMT:       ANALYZED

SENDING BANK:              121137522  COMERICA SCO VLY
SENDING BANK REFERENCE:    091215005937
RECEIVING BANK:            122235821  BK COMRCE SD
BENEFICIARY:               ACCT-153457042957    ELITE INTERACTIVE SOLUTIONS INC
REFERENCE FOR BENEFICIARY: 34900975
ORIGINATOR:                ACCT-1892794361   CHABAD OF CALIFORNIA  741 GAYLEY AVENUE
                           LOS ANGELES,CA 900242410
WIRE AMOUNT:               $10,000.00
IMAD INFO:                 20091215
FEDWIRE TRANSMIT TIMESTAMP 12/15/2009 13:53
```

TRANSFERS SUBJECT TO TERMS AND CONDITIONS OF "FUNDS TRANSFER AUTHORIZATION AND AGREEMENT"

CP00073 (6-06)

Comerica Bank

ACTIVITY DATE: NOVEMBER 23, 2009        STATEMENT OF WIRE ACTIVITY                PAGE 1 OF    1

CHABAD OF CALIFORNIA
741 GAYLEY AVENUE
LOS ANGELES, CA 90024-2410

FOR INQUIRIES, PLEASE CALL COMERICA BANK AT 800-643-4421
PRESS OPTION #3 AND REFER TO THE WIRE SEQ NO

ACCOUNT NO: 1892794361

## WIRE ACTIVITY SUMMARY

DOMESTIC TOTALS:                                    INTERNATIONAL TOTALS:
  1 OUTGOING WIRES FOR     40,000.00                  0 OUTGOING WIRES FOR          .00
  0 INCOMING WIRES FOR           .00                  0 INCOMING WIRES FOR          .00

            TOTAL WIRES:
              1 OUTGOING WIRES FOR      40,000.00
              0 INCOMING WIRES FOR            .00

## DOMESTIC ADVICES                                                                 OUTGOING AMOUNT

SEQ NO: 091123008910                    WIRE AMT:      40,000.00                         40,000.00
VALUE DATE: 11/23/09    FED REF NO:  001658   FEE AMT:      ANALYZED

SENDING BANK:                   121137522   COMERICA SCO VLY
SENDING BANK REFERENCE:         091123008910
RECEIVING BANK:                 122235821   BK COMRCE SD
BENEFICIARY:                    ACCT-153457042957   ELITE INTERACTIVE SOLUTIONS, INC
REFERENCE FOR BENEFICIARY:      32701679
ORIGINATOR:                     ACCT-1892794361   CHABAD OF CALIFORNIA   741 GAYLEY AVENUE
                                 LOS ANGELES,CA 900242410
WIRE AMOUNT:                    $40,000.00
IMAD INFO:                      20091123
FEDWIRE TRANSMIT TIMESTAMP      11/23/2009 16:24

TRANSFERS SUBJECT TO TERMS AND CONDITIONS OF "FUNDS TRANSFER AUTHORIZATION AND AGREEMENT"

CP00073 (1/07)

*Commercial Checking* statement
January 1, 2010 to January 31, 2010

## Commercial Checking: 1892794361

### Checks paid this statement period (continued)
\* This symbol indicates a break in check number sequence
\# This symbol indicates an original item not enclosed
⊕ This symbol indicates a break in check number sequence and an original item not enclosed

| Check number | Amount ($) | Date paid | Bank reference number | Check number | Amount ($) | Date paid | Bank reference number |
|---|---|---|---|---|---|---|---|
| #1877 | -6,164.46 | Jan 19 | 0970633420 | #7903 | -800.00 | Jan 12 | 0975955359 |
| #1878 | -12,030.14 | Jan 19 | 0970633419 | #7904 | -3,000.00 | Jan 06 | 0974784427 |
| #1879 | -1,722.90 | Jan 20 | 0970911479 | #7905 | | | |
| #1880 | | | | | | | |



# Statement Of Account

**Commercial Checking** statement
August 1, 2008 to August 31, 2008

## Images for account: 1892793744



Check: 23039 Amount: $13,695.00 Date: 08/14/08



4:45 PM
04/24/13

# Chabad of California - The Garden School
## All Transactions for Wolf Brothers
### All Transactions

| Type | Num | Date | Account | Amount |
|---|---|---|---|---|
| Bill Pmt -Check | 1608 | 11/18/2009 | 10300 · Citi Bank C... | (6,908.78) ← |
| Bill | 171 | 10/1/2009 | 21000 · Accounts P... | (6,908.78) |
| Bill Pmt -Check | 1478 | 9/22/2009 | 10300 · Citi Bank C... | (532.00) ← |
| Bill Pmt -Check | 1408 | 8/21/2009 | 10300 · Citi Bank C... | (480.00) |
| Bill | | 8/13/2009 | 21000 · Accounts P... | (532.00) |
| Bill | 174 | 7/1/2009 | 21000 · Accounts P... | (480.00) |
| Check | 1211 | 5/15/2009 | 10300 · Citi Bank C... | (3,000.00) |
| Check | 35358 | 4/18/2009 | 10000 · Comerica ... | (5,000.00) |

**Total**