IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ARIA KOZAK and DONNA KOZAK,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CHABAD-LUBAVITCH INC.; CHABAD OF CALIFORNIA; CHABAD RUNNING SPRINGS RESIDENTIAL CAMP; CHABAD CHEDER MENACHEM; YESHIVA OHR ELCHONON CHABAD; BAIS CHANA HIGH SCHOOL; CHABAD OF MARINA; and BAIS CHAYA MUSHKA,<br><br>　　　　　　　　Defendants. | CASE NO. 2:10-cv-01056-MCE-EFB<br><br>**ORDER ACCOMPANYING JOINT STATUS REPORT** |

　　　The Court, having reviewed the court files and the parties' Joint Status Report, hereby orders that within 30 days of the date this Order is electronically filed, the parties shall either file or lodge dispositive documents resolving the remaining issues in this case, or file a supplemental report advising the Court of any additional issues remaining in dispute and their proposal for resolving those matters.

　　　IT IS SO ORDERED.

Dated:  February 2, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Order