IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ARIA KOZAK and DONNA KOZAK,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CHABAD-LUBAVITCH INC.; et al.,<br><br>　　　　　　　Defendants,<br><br>―――――――――――――――――<br>AND RELATED CROSS-CLAIM. | CASE NO. 2:10-cv-01056-MCE-EFB<br><br>**ORDER ACCOMPANYING SECOND JOINT STATUS REPORT** |

　　　The Court, having reviewed the court files and the parties' Second Joint Status Report, hereby orders that within 30 days of the filing of this Order, the parties shall file a supplemental joint status report advising the Court of the status of the settlement agreement, and what, if any, additional issues remain for resolution in the case.

　　　IT IS SO ORDERED.

Dated: March 10, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR., CHIEF JUDGE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

Order