IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ARIA KOZAK and DONNA KOZAK,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CHABAD-LUBAVITCH INC.; et al.,<br><br>　　　　　　　Defendants,<br><br>―――――――――――――――――<br>AND RELATED CROSS-CLAIM. | CASE NO. 2:10-cv-01056-MCE-EFB<br><br>**ORDER ACCOMPANYING JOINT STATUS REPORT** |

　　　　The Court, having reviewed the court files and the parties' third Joint Status Report, hereby orders that within ten (10) calendar days of the filing of this Order, the parties shall file a supplemental joint status report advising the Court of the status of the settlement agreement, and what, if any, additional issues remain for resolution in the case.

　　　　IT IS SO ORDERED.

Dated:  April 15, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR., CHIEF JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

Order