Michael A. Hirst, Esq. CA Bar # 131034
HIRST LAW GROUP, P.C.
200 B Street, Suite A
Davis, CA 95616
Tel: (530) 756-7700
Fax: (530) 756-7707

Counsel for the Plaintiffs-Relators
Aria Kozak and Donna Kozak

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ARIA KOZAK and DONNA KOZAK,<br><br>                   Plaintiffs,<br><br>v.<br><br>CHABAD-LUBAVITCH INC.; CHABAD OF CALIFORNIA; CHABAD RUNNING SPRINGS RESIDENTIAL CAMP; CHABAD CHEDER MENACHEM; YESHIVA OHR ELCHONON CHABAD; BAIS CHANA HIGH SCHOOL; CHABAD OF MARINA; and BAIS CHAYA MUSHKA,<br><br>                   Defendants. | CASE NO. 2:10-cv-01056-MCE-EFB<br><br>**ORDER GRANTING MOTION TO AMEND MEMORANDUM AND ORDER GRANTING SUMMARY JUDGMENT**<br><br>Date:   May 14, 2015<br>Time:  2:00 p.m.<br>Court: Courtroom No. 7 |

Upon consideration of the unopposed motion to amend the Memorandum and Order granting summary judgment against Chabad of California (ECF No. 123), and good cause appearing therefor, the Court rules as follows:

The Memorandum and Order (ECF No. 123) shall be corrected and amended as follows:

1. On page 18, line 21, "which left Chabad responsible for safeguarding $272,495.00…." shall be amended to read "which left Chabad responsible for safeguarding $273,870.00…."

2. On page 19, line 6, "Having determined that Chabad has incurred FCA liability in the amount

of $272,495.00...." shall be amended to read "Having determined that Chabad has incurred FCA liability in the amount of $273,870.00...."

3.  On page 19, line 14, "The Court's determination that $272,495.00 represents the proper initial measure of Chabad's liability...." shall be amended to read "The Court's determination that $273,870.00 represents the proper initial measure of Chabad's liability...."

4.  On page 19, line 18, "Thus, Chabad is liable for total damages in the amount of $817,485.00" shall be amended to read "Thus, Chabad is liable for total damages in the amount of "$821,610.00."

5.  On page 20, line 3, "Accordingly, the Court determines Chabad's total FCA liability in this matter is $844,985.00" shall be amended to read "Accordingly, the Court determines Chabad's total FCA liability in this matter is $849,110.00."

6.  On page 21, line 2, "Given those violations, the Court awards the sum of $817,485.00 in treble damages against Defendant Chabad of California, along with statutory penalties in the amount of $27,500.00, for a total of $844,985.00" shall be amended to read "Given those violations, the Court awards the sum of $821,610.00 in treble damages against Defendant Chabad of California, along with statutory penalties in the amount of $27,500.00, for a total of $849,110.00."

7.  The Court shall issue an amended Memorandum and Order with the revisions set forth above.

IT IS SO ORDERED.

Dated:  May 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT