Michael A. Hirst, Esq. CA Bar # 131034
HIRST LAW GROUP, P.C.
200 B Street, Suite A
Davis, CA 95616
Tel: (530) 756-7700
Fax: (530) 756-7707

Counsel for the Plaintiffs-Relators
Donna Kozak and Aria Kozak

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ARIA KOZAK and DONNA KOZAK, <br><br> Plaintiffs, <br><br> v. <br><br> CHABAD-LUBAVITCH INC.; CHABAD OF CALIFORNIA; CHABAD RUNNING SPRINGS RESIDENTIAL CAMP; CHABAD CHEDER MENACHEM; YESHIVA OHR ELCHONON CHABAD; BAIS CHANA HIGH SCHOOL; CHABAD OF MARINA; and BAIS CHAYA MUSHKA, <br><br> Defendants. | CASE NO. 2:10-cv-01056-MCE-EFB <br><br> **ORDER** |

///

///

///

///

///

///

///

Order Regarding Stipulation For Dismissal Without Prejudice

1

1  Pursuant to the parties' signed stipulation (ECF No. 138) and Federal Rule of Civil Procedure
2  41(a)(1)(A)(i), Defendants Chabad-Lubavitch Inc., Yeshiva Ohr Elchonon Chabad, Bais Chana High
3  School, Chabad of Marina, and Bais Chaya Mushka, and the cross-claims of Yeshiva Ohr Elchonon
4  against Chabad of California, are hereby DISMISSED without prejudice and without the loss of any
5  rights, claims, or remedies.  All other parties and claims not dismissed above remain in the case.
6  IT IS SO ORDERED.

Dated:  August 20, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT