IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ARIA KOZAK and DONNA KOZAK,<br><br>Plaintiffs,<br><br>v.<br><br>CHABAD OF CALIFORNIA,<br><br>Defendant. | CASE NO. 2:10-cv-01056-MCE-EFB<br><br>**AMENDED[1] ORDER DIRECTING ENTRY OF JUDGMENT** |

The Court, having reviewed the court files and the United States' Application for an Order Directing Entry of Judgment (the Application), hereby GRANTS the Application.  Accordingly, the Clerk is hereby directed to ENTER judgment in favor of the plaintiff United States and against the defendant Chabad of California in the amount of $713,090, plus interest as allowed by law.

The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.  Those matters include the amount of the Relators' share of the proceeds of the action to be awarded pursuant to 31 U.S.C. § 3730(d)(1) and the amount of  the Relators' expenses, attorneys' fees and costs to be awarded pursuant to 31 U.S.C. § 3730(d)(1).  The parties may attempt to resolve these

---

[1] This Amended Order is identical to the previous Order Directing Entry of Judgment filed October 7, 2015 (ECF No. 143) except that said initial Order incorrectly referred to the amount of the judgment as $712, 090 rather than $713,090.

1 | matters beyond the time limitations set forth in Federal Rule of Civil Procedure 54 and Local Rule 293(a).

2 | If those matters cannot be resolved without further proceedings, the parties shall file noticed
3 | motions for their resolution pursuant to Local Rule 230.

4 | IT IS SO ORDERED.

5 | Dated:  October 13, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT