# UNITED STATES DISTRICT COURT

# FOR THE

# EASTERN DISTRICT OF CALIFORNIA

**ARIA KOZAK, ET AL.,**

    Plaintiff,

v.

**CHABAD-LUBAVITCH INC., ET AL.,**

    Defendant.

Case No.  2:10-CV-01056-MCE-EFB

**AMENDED JUDGMENT**

**XX** −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN THE AMOUNT OF $713,090 IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/14/15**

October 14, 2015

MARIANNE MATHERLY, CLERK

By: /s/  K. Zignago, Deputy Clerk