BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHABAD OF CALIFORNIA,<br><br>Defendant and Judgment Debtor.<br><br>COMERICA BANK,<br><br>Garnishee. | Case No.: 2:10-CV-01056-MCE-EFB<br><br>**STIPULATION REGARDING WRIT OF GARNISHMENT; AND FINAL ORDER THEREON**<br><br>No Hearing Requested |

Plaintiff United States and defendant Chabad of California (the Parties) hereby stipulate to the resolution of the United States' pending garnishment action as follows:

1. An amended judgment in the amount of $713,090.00 was entered against Chabad of California (Chabad) on October 14, 2015. The Clerk of Court taxed costs against Chabad in the amount of $17,302.99 on November 5, 2015. Combined, the amended judgment and cost bill total $730,392.99. To date, the judgment and cost bill remain unpaid.

2. The United States sought, and the Clerk issued, a writ of garnishment on February 9, 2016 against Chabad's accounts at garnishee Comerica Bank (Comerica). ECF No. 155.

///

3. Comerica's Acknowledgement of Service and Answer of Garnishee (the Answer) to the writ identifies the following two bank accounts in which Chabad maintains an interest:

    A. Business checking number x-3769 in the amount of $96.00; and

    B. Business checking number x-0486 in the amount of $1,171.00 (the Accounts).

ECF No. 159.

4. Chabad stipulates that the United States may garnish the Accounts in their entirety. Accordingly, the Parties agree that the Court can and should enter an order:

    A. Directing Comerica, as garnishee, to liquidate and pay to the United States Department of Justice (the USDOJ), within 20 days of the filing of the attached garnishment order, the contents of the Accounts as set forth in the order; and

    B. Terminating the writ of garnishment upon Comerica's payment to the USDOJ and the USDOJ's processing of the payment.

FOR THE UNITED STATES OF AMERICA:

BENJAMIN B. WAGNER
United States Attorney

Dated: March 1, 2016  */s/ Kurt A. Didier*
KURT A. DIDIER
Assistant United States Attorney

FOR CHABAD OF CALIFORNIA:

Dated: March 1, 2016  */s/ Mark M. Hathaway*
MARK M. HATHAWAY, Esq.,
Counsel for Chabad of California

**O R D E R**

The Court, having reviewed the court files and the Parties' Stipulation Regarding Writ of Garnishment (the Stipulation), and finding good cause therefrom, hereby approves the Stipulation.

ACCORDINGLY, the Court hereby ORDERS, ADJUDGES and DECREES as follows:

1. The United States' application for a final order of garnishment in the amount of $1,267.00 is granted;

2. Comerica Bank shall deliver to the United States Department of Justice, within 20 days of the filing of this Order, a cashier's check, money order or company draft in the sum of $1,267.00 drawn from defendant Chabad of California's business checking account numbers x-3769 and x-0486 and made payable to the "United States Department of Justice" at the United States' Attorney's Office, Eastern District of California (Attn: Tina Baca), 501 I Street, Suite 10-100, Sacramento, California 95814. Comerica Bank shall state the docket number (Case No.: 2:10-cv-01056-MCE-EFB) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment;

3. Upon its payment of the $1,267.00 to the United States, Comerica Bank shall release its hold on Chabad of California's business checking account numbers x-3769 and x-0486; and

4. This is a final order of garnishment; upon payment and processing of the garnished amount as ordered above, this writ shall terminate pursuant to 28 U.S.C. § 3205(c)(10)(B).

IT IS SO ORDERED.

Dated:  March 2, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE