IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHABAD OF CALIFORNIA,<br><br>    Defendant and Judgment Debtor.<br>COMERICA BANK,<br>(and its Successors and Assignees)<br><br>    Garnishee. | Case No. : 2:10-CV-01056-MCE-EFB<br><br>**ORDER TERMINATING THE WRIT OF GARNISHMENT** |

    The Court, having reviewed the court files and the United States' Application for Order Terminating the Writ of Garnishment (the "Application"), and finding good cause therefrom, hereby GRANTS the Application. The Writ of Garnishment issued in this case against Chabad of California is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(C).

    IT IS SO ORDERED.

Dated: April 2, 2019.

                                           EDMUND F. BRENNAN
                                           United States Magistrate Judge